IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RAYTHEON COMPANY, a Delaware corporation | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 4:07-cv-109 |
| INDIGO SYSTEMS CORPORATION, a California corporation, and FLIR SYSTEMS, INC., an Oregon corporation, | § § § § § | JURY TRIAL REQUESTED |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL FOR RAYTHEON COMPANY

Plaintiff RAYTHEON COMPANY notifies the Court that Joe Kendall of Provost Umphrey, 3232 McKinney Avenue, Suite 700, Dallas, Texas 75204, Phone (214) 744-3000, Fax (214) 744-3015, E-Mail: jkendall@provostumphrey.com, has entered this action as counsel on its behalf. In connection with this notice, Mr. Kendall requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

June 5, 2007

Respectfully Submitted,

*Joe Kendall*

Joe Kendall
Texas State Bar No. 11260700
**PROVOST UMPHREY L.L.P.**
3232 McKinney Ave., Suite 700
Dallas, TX 75204
Telephone: (214) 744-3000
Facsimile: (214) 744-3015
E-Mail: jkendall@provostumphrey.com

Martin E. Rose
Lead Attorney
Texas State Bar No. 17253100
Harold H. Walker, Jr.
Texas State Bar No. 20702200
Ross Cunningham
Texas State Bar No. 24007062
**ROSE · WALKER, L.L.P.**
3500 Maple Ave., Suite 900
Dallas, TX 75219
Telephone: (214) 752-8600
Facsimile: (214) 752-8700

J. David Cabello
Texas State Bar No. 03574500
Keith A. Rutherford
State Bar No. 17452000
Scott Reese
Texas State Bar No. 24046696
Keana Taylor
Texas State Bar No. 24042013
**WONG, CABELLO, LUTSCH, RUTHERFORD & BRUCCULERI L.L.P.**
20333 S.H. 249, Suite 600
Houston, Texas 77070
Telephone: (832) 446-2425
Facsimile: (832) 446-2424
E-Mail: krutherford@counselip.com
E-Mail: dcabello@counselip.com
E-Mail: sreese@counselip.com
E-Mail: ktaylor@counselip.com

ATTORNEYS FOR PLAINTIFF
**RAYTHEON COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served today, June 5, 2007 with a copy of Notice of Attorney Appearance via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

_/s/ Joe Kendall_
Joe Kendall