UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RAYTHEON COMPANY, a Delaware corporation,<br><br>       Plaintiff,<br><br>v.<br><br>INDIGO SYSTEMS CORPORATION, a California corporation, and FLIR SYSTEMS, INCORPORATED, an Oregon corporation,<br><br>       Defendants. | §<br>§<br>§<br>§<br>§   Case No. 4:07 cv 109<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to File its First Amended Patent Infringement Contentions [de #140]. Having considered Plaintiff's Motion and being informed that it is unopposed, the motion is GRANTED. It is hereby ORDERED that Plaintiff be allowed to file its First Amended Patent Infringement Contentions.

**SIGNED this the 12th day of February, 2008.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE