**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| RAYTHEON COMPANY, a Delaware corporation, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:07-cv-109 |
| INDIGO SYSTEMS CORPORATION, a California corporation, and FLIR SYSTEMS, INCORPORATED, an Oregon corporation, | § § § § § | JURY TRIAL REQUESTED |
| Defendants. | § § § § | |

# ORDER

Before the Court is Plaintiff Raytheon Company's Unopposed Motion requesting an enlargement of time for Raytheon to respond to Defendants Indigo Systems Corporation ("Indigo") and FLIR Systems, Inc.'s ("FLIR's") Motion To Strike All Claims For Infringement of the '908 Patent (Docket Control No. 150).  The Court has considered Raytheon's Unopposed Motion to enlarge the response time from February 15, 2008 to and including February 29, 2008 and hereby grants Plaintiff Raytheon an extension up to and including February 29, 2008 to file and serve its response to Defendants' Motion To Strike All Claims For Infringement of the '908 Patent.

**SIGNED this the 15th day of February, 2008.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE