**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| RAYTHEON COMPANY, a Delaware corporation, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:07-cv-109 |
| INDIGO SYSTEMS CORPORATION, a California corporation, and FLIR SYSTEMS, INCORPORATED, an Oregon corporation, | § § § § § | JURY TRIAL REQUESTED |
| Defendants. | § § § § | |

**ORDER GRANTING**
**PLAINTIFF RAYTHEON'S MOTION TO WITHDRAW ITS RULE 56(F) MOTION**
**FOR RESPONDING TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
**WITH REGARDTO INFRINGEMENT OF U.S. PATENT NO. RE 34,908**

On this __7__ day of March, 2008, came on for consideration Plaintiff Raytheon's Motion to Withdraw its Rule 56(f) Motion for Responding to Defendants' Motion For Summary Judgment With Regard to Infringement of U.S. Patent No. Re 34,908.

Having considered the motion, and in view of the fact that this court has dismissed all claims and counterclaims related to U.S. Patent No. Re 34,908, IT IS HEREBY ORDERED THAT:

1.      Plaintiff Raytheon's Motion to Withdraw Its Rule 56(f) Motion For Responding to Defendants' Motion for Summary Judgment With Regard to Infringement of U.S. Patent No. RE 34,908 (Docket Control No. 173) is hereby GRANTED.

2.   Plaintiff's motion to withdraw the portions of its Rule 56(f) Motion (Docket Control No. 48) that pertain to the '908 Reissue is also GRANTED.

**SIGNED this the 7th day of March, 2008.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE