# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| RAYTHEON COMPANY, a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>INDIGO SYSTEMS CORPORATION, a California corporation, and FLIR SYSTEMS, INC., an Oregon corporation,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No. 4:07 CV 109 |

## ORDER

Before the Court is Defendants' Unopposed Motion for Leave to Supplement their Invalidity Contentions. Having considered Defendants' Motion and being informed that it is unopposed, the motion [de #231] is GRANTED. It is hereby ORDERED, and leave is hereby granted to allow Defendants to supplement their Invalidity Contentions accordingly.

**SIGNED this the 16th day of May, 2008.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE