1

1    UNITED STATES DISTRICT COURT

2    EASTERN DISTRICT OF TEXAS

3    SHERMAN DIVISION

4

5    --------------------------------------------------------------

6    RAYTHEON COMPANY            ]   CASE NO. 4:07CV109

7    VS.                         ]   10 AM, NOVEMBER 18, 2008

8    INDIGO SYSTEMS CORP., ET AL ]   PLANO, TEXAS

9    --------------------------------------------------------------

10

11   <u>REPORTER'S TRANSCRIPT OF TELECONFERENCE RE PRETRIAL SCHEDULING</u>

12

13   VOLUME 1 OF 1, PAGES 1 THROUGH 39

14

15   THE HONORABLE RICHARD SCHELL, U.S. DISTRICT JUDGE, PRESIDING

16

17

18

19

20

21

22

23

24   PROCEEDINGS REPORTED USING COMPUTERIZED STENOTYPE,

25   TRANSCRIPT PRODUCED USING COMPUTER-AIDED TRANSCRIPTION.

2

1           [COURT REPORTER'S NOTES 20081118, 10 AM, TUESDAY,

2  NOVEMBER 18, 2008, PLANO, TEXAS, U.S. DISTRICT JUDGE RICHARD

3  SCHELL PRESIDING]

4  APPEARANCES:

5  FOR THE PLAINTIFF RAYTHEON:  KEITH ALAN RUTHERFORD (BY PHONE)

6                              ATTORNEY AT LAW

7                              WONG CABELLO LUTSCH RUTHERFORD &

8                              BRUCCULERI

9                              20333 SH 249, SUITE 600

10                             HOUSTON, TEXAS 77070

11                             832-446-2400

12                             AND

13                             JOE KENDALL (BY PHONE)

14                             ATTORNEY AT LAW

15                             PROVOST UMPHREY

16                             ATTORNEY AT LAW

17                             3232 MCKINNEY AVENUE, SUITE 700

18                             DALLAS, TEXAS 75204

19                             214-744-3000

20                             AND

21                             M. ROSS CUNNINGHAM (BY PHONE)

22                             ATTORNEY AT LAW

23                             ROSE WALKER

24                             3500 MAPLE AVENUE, SUITE 900

25                             DALLAS, TEXAS 75219

3

1                          214-752-8600

2    FOR THE DEFENDANTS INDIGO AND FLIR:

3                          CLYDE SIEBMAN (BY PHONE)

4                          ATTORNEY AT LAW

5                          SIEBMAN, REYNOLDS, BURG, PHILLIPS &

6                          SMITH

7                          300 NORTH TRAVIS

8                          SHERMAN, TEXAS 75090

9                          903-870-0070

10                         AND

11                         MICHAEL J. COLLINS (BY PHONE)

12                         ATTORNEY AT LAW

13                         BICKEL & BREWER

14                         1717 MAIN STREET, SUITE 4800

15                         DALLAS, TEXAS 75201

16                         214-653-4000

17                         AND

18                         ROBERT L. GARNER (BY PHONE)

19                         ATTORNEY AT LAW

20                         BICKEL & BREWER

21                         767 FIFTH AVENUE, 50TH FLOOR

22                         NEW YORK, NEW YORK 10153

23                         212-489-1400

24                         AND

25

4

1                         ROBERT STEINBERG (BY PHONE)

2                         ATTORNEY AT LAW

3                         LATHAM & WATKINS

4                         355 SOUTH GRAND AVENUE

5                         LOS ANGELES, CALIFORNIA 90071

6                         213-485-1234

7

10:05AM   8         THE COURT:  CAN YOU HEAR ME?

10:05AM   9            MR. SIEBMAN:  YES, JUDGE, WE CAN.

10:05AM  10         THE COURT:  OKAY.  GOOD.

10:05AM  11            LET ME CALL THE CASE AND THEN CHECK OFF WHO IS ON

10:05AM  12  THE LINE.  THIS CASE IS STYLED "RAYTHEON COMPANY VERSUS INDIGO

10:05AM  13  SYSTEMS CORPORATION AND FLIR SYSTEMS, INC.," CASE NUMBER

10:05AM  14  4:07CV109.

10:05AM  15            AND I SHOULD HAVE ON THE LINE FOR RAYTHEON ROSS

10:06AM  16  CUNNINGHAM.  ARE YOU THERE, MR. CUNNINGHAM?

10:06AM  17         MR. CUNNINGHAM:  YES, SIR.

10:06AM  18         THE COURT:  AND YOU ARE GOING TO BE SPEAKING FOR

10:06AM  19  RAYTHEON, IS THAT CORRECT?

10:06AM  20         MR. CUNNINGHAM:  NO, SIR, JOE KENDALL WILL BE

10:06AM  21  SPEAKING ON BEHALF OF RAYTHEON.

10:06AM  22         THE COURT:  OKAY.  ALL RIGHT.

10:06AM  23         MR. KENDALL, YOU ARE THERE?

10:06AM  24         MR. KENDALL:  YES, YOUR HONOR.

10:06AM  25         THE COURT:  OKAY.  AND KEITH RUTHERFORD.  IS KEITH

5

10:06AM 1   RUTHERFORD THERE?  NO.  OKAY.

10:06AM 2          ALL RIGHT.  FOR THE DEFENDANTS FLIR AND INDIGO, IS

10:06AM 3   CLYDE SIEBMAN ON THE LINE?

10:06AM 4          MR. SIEBMAN:  YES, YOUR HONOR.

10:06AM 5          THE COURT:  OKAY.  AND IS MR. GARNER ON THE LINE?

10:06AM 6          MR. GARNER:  YES, YOUR HONOR.

10:06AM 7          THE COURT:  OKAY.

10:06AM 8          VOICE:  HELLO?

10:06AM 9          THE COURT:  AND IS BOB STEINBERG ON THE LINE?

10:06AM 10         MR. STEINBERG:  YES, YOUR HONOR.

10:06AM 11         THE COURT:  OKAY.  AND IS MICHAEL COLLINS ON THE

10:06AM 12  LINE?

10:06AM 13         MR. COLLINS:  YES, I AM, YOUR HONOR.

10:06AM 14         THE COURT:  OKAY.  DID SOMEONE ELSE JUST JOIN US?

10:06AM 15         MR. RUTHERFORD:  JUDGE SCHELL, THIS IS KEITH

10:06AM 16  RUTHERFORD.  SORRY, MY PHONE CUT OUT THERE FOR A SECOND.

10:06AM 17         THE COURT:  ALL RIGHT.  I THINK THAT'S EVERYONE

10:06AM 18  THEN.

10:07AM 19         OKAY.  LET'S SEE, MR. SIEBMAN, ARE YOU GOING TO BE

10:07AM 20  SPEAKING FOR THE DEFENDANTS?

10:07AM 21         MR. SIEBMAN:  YES, YOUR HONOR.

10:07AM 22         THE COURT:  OKAY.

10:07AM 23         I RECEIVED THE LETTER FROM MR. SIEBMAN DATED

10:07AM 24  NOVEMBER 17TH, 2008, CONTAINING THE REQUEST BY THE DEFENDANTS

10:07AM 25  TO VACATE THE PRETRIAL SUBMISSION DEADLINES IN THE--I GUESS THE

**6**

10:07AM 1 MOST-RECENT ORDER TO EXTEND DOCKET-CONTROL DEADLINES WHICH I

10:07AM 2 SIGNED NOVEMBER 4TH OF 2008, AND THE DEFENDANTS' REQUEST TO

10:07AM 3 EXTEND THE DEADLINE FOR RESPONDING TO PENDING MOTIONS FOR ONE

10:08AM 4 WEEK AND TO RESTYLE THE FINAL PRETRIAL CONFERENCE COMING UP

10:08AM 5 THIS THURSDAY AS A STATUS AND RESCHEDULING CONFERENCE.

10:08AM 6        I ALSO RECEIVED THE LETTER FROM MR. CUNNINGHAM DATED

10:08AM 7 NOVEMBER 17TH RESPONDING TO MR. SIEBMAN'S LETTER AND STATING

10:08AM 8 THE PLAINTIFF'S OPPOSITION TO POSTPONING ANY OF THE AGREED

10:08AM 9 DEADLINES IN THE NOVEMBER 4TH DOCKET-CONTROL ORDER.

10:08AM 10        SO I GUESS THE QUESTION IS:  WHAT WOULD YOU-ALL LIKE

10:08AM 11 TO DO?  I KNOW YOU ARE WAITING FOR ME ON A NUMBER OF MOTIONS.

10:08AM 12 I THINK JUST IN THE MONTH OF NOVEMBER I'VE RECEIVED 13 MORE

10:09AM 13 MOTIONS.  THOSE ARE NOT RIPE.  BUT THE ONES THAT ARE RIPE

10:09AM 14 INCLUDE THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, ALSO THE

10:09AM 15 DEFENDANTS' MOTION FOR SANCTIONS, FOR SPOLIATION OF EVIDENCE.

10:09AM 16        THEN RAYTHEON HAS A MOTION TO DETERMINE WAIVER OF

10:09AM 17 PRIVILEGE.  IS THAT MOTION STILL URGED, MR. KENDALL?

10:09AM 18        MR. KENDALL:  YOUR HONOR, I'LL HAVE TO DEFER TO

10:09AM 19 MR. CUNNINGHAM ON THAT.

10:09AM 20        THE COURT:  OKAY.

10:09AM 21        MR. CUNNINGHAM:  YES, YOUR HONOR, IT IS.

10:09AM 22        THE COURT:  OKAY.  ALL RIGHT.  THEN RAYTHEON HAS

10:09AM 23 ALSO FILED A MOTION FOR LEAVE TO SUPPLEMENT PATENT-INFRINGEMENT

10:09AM 24 CONTENTIONS, AND I KNOW YOU NEED A RULING ON THAT.

10:09AM 25        THEN THE DEFENDANTS HAVE FILED A MOTION TO COMPEL

7

10:10AM  1   DISCOVERY REGARDING MISAPPROPRIATION AND DAMAGES, AND A MOTION

10:10AM  2   TO COMPEL.

10:10AM  3          AND ALSO RAYTHEON HAS FILED A MOTION TO STRIKE THE

10:10AM  4   DEFENDANTS' ANSWER TO AN AMENDED COMPLAINT, IT LOOKS LIKE.

10:10AM  5          ANYWAY--AND I HAVEN'T GIVEN YOU MY CLAIM CONSTRUCTION.

10:10AM  6   AND IT'S ALL BECAUSE I HAVEN'T HAD TIME.

10:10AM  7          WHAT--I'M NOT SURE, BUT I GUESS I NEED TO LET YOU

10:10AM  8   SPEAK FIRST AS TO WHETHER YOU CAN GO FORWARD ON THIS CASE IN

10:10AM  9   JANUARY WITHOUT ME RULING PRETTY QUICKLY ON A NUMBER OF THESE

10:10AM 10   MOTIONS THAT I HAVE JUST GONE OVER AS WELL AS GIVING YOU MY

10:11AM 11   CLAIM CONSTRUCTION.

10:11AM 12          MR. SIEBMAN:  YOUR HONOR, CLYDE SIEBMAN.  I CAN

10:11AM 13   SPEAK TO THAT IF THE COURT WOULD LIKE.

10:11AM 14          THE COURT:  OKAY.

10:11AM 15          MR. SIEBMAN:  THAT WAS REALLY THE BASIS FOR OUR

10:11AM 16   LETTER IS THAT IT'S OBVIOUS TO US THAT--THAT THE CASE CAN'T BE

10:11AM 17   READY REALISTICALLY BY JANUARY.  NOT ONLY IN THE CONTEXT OF THE

10:11AM 18   PENDING ISSUES, BUT UNDER THE NEW--EVEN UNDER THIS NEW SCHEDULE

10:11AM 19   IF YOU--IF EVERYONE TAKES THE MAXIMUM AMOUNT OF TIME THAT THEY

10:11AM 20   WOULD HAVE UNDER THE LOCAL AND FEDERAL RULES TO FILE THE

10:11AM 21   VARIOUS MOTIONS, RESPONSES AND REPLIES, THE COURT'S GONNA BE

10:11AM 22   FACED WITH AN ADDITIONAL NUMBER OF DAUBERT MOTIONS AND MOTIONS

10:11AM 23   FOR SUMMARY JUDGMENT ON THE DAMAGES ISSUES IMMEDIATELY BEFORE

10:11AM 24   TRIAL OR ON THE--ON THE--ON THE DAY OF TRIAL, POSSIBLY EVEN--

10:11AM 25   EVEN AFTER JANUARY 20TH, THE DEADLINE WOULD EXPIRE.  AND SOME

**8**

| | | |
|---|---|---|
| 10:12AM | 1 | OF THOSE ARE GONNA BE VERY NEEDY--AT LEAST THE ONES THAT WE'RE |
| 10:12AM | 2 | GONNA FILE ON THE DAMAGES, WE THINK THAT THE DAMAGES ARE VERY |
| 10:12AM | 3 | QUESTIONABLE AND THAT THE DAMAGE THEORIES ARE WEAK, AND WE'RE |
| 10:12AM | 4 | GONNA HAVE SOME VERY SUBSTANTIVE MOTIONS ON THE DAMAGES.  AND |
| 10:12AM | 5 | UNDER THIS CURRENT SCHEDULE I DON'T SEE ANY WAY THAT THE COURT |
| 10:12AM | 6 | CAN--THAT WE CAN EXPECT THE COURT FAIRLY TO--WHAT I'M SUGGEST- |
| 10:12AM | 7 | ING IS IT'S NOT FAIR TO THE COURT FOR US TO EXPECT THAT THE |
| 10:12AM | 8 | COURT CAN RULE ON THE VOLUME OF MOTIONS THAT HAVE BEEN FILED |
| 10:12AM | 9 | AND THAT ARE GONNA BE FILED AND STILL MAINTAIN A REALISTIC |
| 10:12AM | 10 | EXPECTATION THAT WE'RE GONNA MAINTAIN A JANUARY 20TH TRIAL |
| 10:12AM | 11 | DATE.  WE REALLY THOUGHT THAT THOSE ISSUES COULD BE DISCUSSED |
| 10:12AM | 12 | ON THURSDAY.  THE REASON THAT WE FILED THIS LETTER AND BROUGHT |
| 10:12AM | 13 | THIS TO THE COURT'S ATTENTION IN ADVANCE OF THURSDAY IS THAT IN |
| 10:12AM | 14 | WORKING THROUGH THE WORK THAT WE HAVE ON OUR PLATE IT'S GONNA |
| 10:13AM | 15 | BE VIRTUALLY IMPOSSIBLE OR VERY, VERY DIFFICULT TO THOROUGHLY |
| 10:13AM | 16 | COMPLETE THE WORK THAT WE HAVE TO DO UNDER THE CURRENT SCHEDULE |
| 10:13AM | 17 | EVEN FOR THURSDAY WITH RESPECT TO THE JOINT FINAL PRETRIAL |
| 10:13AM | 18 | ORDER, RESPONSES ON THE VARIOUS MOTIONS THAT ARE PENDING. |
| 10:13AM | 19 | AND RATHER THAN CONTINUE WHAT WE CONSIDER TO BE SOMEWHAT OF |
| 10:13AM | 20 | A CHARADE IN TERMS OF--OF ATTEMPTING WHAT'S IMPOSSIBLE, WE |
| 10:13AM | 21 | THOUGHT IT MADE MORE SENSE TO COME TO THE COURT AND SAY, |
| 10:13AM | 22 | "YOU KNOW, LET'S--LET'S RELIEVE OURSELVES, BOTH SIDES, OF THE |
| 10:13AM | 23 | RESPONSIBILITY TO DO THIS FINAL JOINT PRETRIAL ORDER WHEN IN |
| 10:13AM | 24 | FACT IT'S GONNA NOT BE ANYTHING LIKE A JOINT FINAL PRETRIAL |
| 10:13AM | 25 | ORDER NO MATTER WHAT WE DO."  FOR EXAMPLE, PENDING CURRENTLY |

10:13AM 1 THERE ARE--EVEN THE EXPERT DEPOSITIONS HAVE NOT BEEN TAKEN.

10:13AM 2 THE DEFENDANTS' EXPERT WALTER BRADDOCK HAS HAD A NUMBER OF

10:14AM 3 ISSUES WITH RESPECT TO HEALTH, DEATHS IN THE FAMILY OR

10:14AM 4 ILLNESSES IN THE FAMILY--I DON'T REMEMBER IF IT WAS ILLNESSES

10:14AM 5 OR DEATHS IN THE FAMILY, HE'S HAD OTHER COMMITMENTS, AND WE'RE

10:14AM 6 NOT EVEN GONNA BE ABLE TO TAKE THEIR EXPERT UNTIL AFTER THE

10:14AM 7 JOINT FINAL PRETRIAL ORDER.  THERE HAVE JUST BEEN ALL SORTS OF

10:14AM 8 DELAYS THAT HAVE PUSHED THINGS BEYOND THAT DATE AND IT'S JUST

10:14AM 9 NOT PRACTICAL TO--TO--TO PRESENT A GENUINE FINAL JOINT PRETRIAL

10:14AM 10 ORDER WITH ALL THAT'S OUTSTANDING AND ALL THAT'S ON OUR PLATE

10:14AM 11 AND ALL THAT'S YET TO BE DONE.  AND SO WE THOUGHT IT MADE MORE

10:14AM 12 SENSE, INSTEAD OF WASTING THE RESOURCES OF THE PARTIES TO--TO

10:14AM 13 COME TO GRIPS WITH THIS POINT, WITH THIS FACT, AND NOT DO THE

10:14AM 14 FINAL JOINT PRETRIAL ORDER, USE THURSDAY AS A SCHEDULING

10:15AM 15 OPPORTUNITY, AND FIGURE OUT WHEN REALISTICALLY WE CAN GET THIS

10:15AM 16 CASE ON TRACK, WHEN IT CAN REALISTICALLY BE TRIED, YOU KNOW,

10:15AM 17 GIVING THE COURT THE TIME THAT IT FAIRLY NEEDS TO RESOLVE THESE

10:15AM 18 ISSUES.

10:15AM 19 　　　　　THE COURT:  OKAY.  THANK YOU, MR. SIEBMAN.

10:15AM 20 　　　　　MR. KENDALL?

10:15AM 21 　　　　　MR. KENDALL:  THANK YOU, YOUR HONOR.  I'M GLAD AT

10:15AM 22 LEAST THE REAL DEAL HAS BEEN ARTICULATED HERE.  WHAT'S GOING

10:15AM 23 ON IS BICKEL & BREWER--BILL BREWER ENTERED THIS CASE THIS LAST

10:15AM 24 SUMMER, AND WHAT IT'S REALLY ALL ABOUT IS TRYING TO PUSH THIS

10:15AM 25 TRIAL DATE OFF BECAUSE, AS I UNDERSTAND IT, MR. BREWER IS GONNA

10:15AM 1   BE THE PRIMARY PERSON COMING IN AT THE ELEVENTH HOUR WHO IS

10:15AM 2   ACTUALLY GONNA TRY THIS LAWSUIT.  THAT'S WELL AND GOOD.  THE

10:15AM 3   DEFENDANTS CAN HAVE WHOEVER THEY WANT IN THE ROOM DOING IT,

10:15AM 4   BUT WE SHOULD NOT BE PUNISHED FOR THAT DECISION.

10:15AM 5           WITH REGARD TO--LET ME JUST MAKE THIS POINT.  WHAT

10:15AM 6   WE'RE DEALING WITH NOW, THE ORDER YOU SIGNED, THE LIVE ORDER

10:15AM 7   OF NOVEMBER 4, WAS AGREED, READING THAT WORD IN THE KEY OF G.

10:16AM 8   NOTHING THAT'S BEEN TALKED ABOUT HERE WAS UNKNOWN TO EVERYONE

10:16AM 9   INVOLVED, YOU KNOW, JUST A COUPLE OF WEEKS AGO WHEN THE MATTERS

10:16AM 10  WERE NEGOTIATED AND SUBMITTED TO THE COURT FOR APPROVAL, WHICH

10:16AM 11  THE COURT DID.

10:16AM 12          WITH REGARD TO WHAT'S ACTUALLY IN THE LETTER THAT

10:16AM 13  YOU HAVE BEFORE YOU, THESE MATTERS THAT ARE IN DISPUTE, BE

10:16AM 14  THEY THE DAUBERT MOTIONS, BE THEY THE MOTIONS IN LIMINE, BE

10:16AM 15  THEY EVEN THE DAMAGE EXPERT AS WELL AS THE MOTION FOR SUMMARY

10:16AM 16  JUDGMENT, ALL THESE MATTERS CAN BE RESOLVED AT OR NEAR THE TIME

10:16AM 17  OF TRIAL.  WE ARE PERFECTLY CONTENT TO GO FORWARD.

10:16AM 18          NOW, WITH REGARD TO THOSE DATES, WE HAVE NO PROBLEM

10:16AM 19  PUSHING--EVEN DOING AWAY WITH THURSDAY'S GET-TOGETHER AND

10:16AM 20  PUSHING THE PRETRIAL ORDER MAYBE UNTIL EVEN EARLY JANUARY,

10:16AM 21  IF NEED BE.  THE DEAL WE HAVE TO DIE ON IS THAT JANUARY 20TH

10:16AM 22  TRIAL SETTING.  AND I WOULD ARGUE TO YOU--WELL, LET'S, TAKE FOR

10:17AM 23  INSTANCE, CLAIMS CONSTRUCTION, MARKMAN.  LET'S NOT FORGET WHAT

10:17AM 24  THAT IS.  THAT WAS SOMETHING UNTIL MARKMAN THAT WAS A JURY

10:17AM 25  ISSUE.  AND COURTS CAN GIVE US A MARKMAN RULING AT THE TIME OF

10:17AM  1  TRIAL, IF NEED BE.  AND SO WHAT I WOULD SUGGEST TO YOU IS THAT

10:17AM  2  EVERYTHING THAT IS BEING TALKED ABOUT IN THE LETTER AND HERE ON

10:17AM  3  THIS TELEPHONE CALL ARE MATTERS THAT CAN BE RESOLVED AS WE PUSH

10:17AM  4  TOWARD TRIAL ON JANUARY 20.

10:17AM  5        AND THIS CASE HAS BEEN--I WOULD SUGGEST TO YOU--IF

10:17AM  6  PAST EXPERIENCE IS ANY INDICATOR OF WHAT'S LIKELY TO HAPPEN IN

10:17AM  7  THE FUTURE, I WOULD SUGGEST FOR JUDICIAL ECONOMY'S SAKE THAT

10:17AM  8  MAYBE WE'RE GETTING CLOSE TO THE TIME WHERE THE MOTION PRACTICE

10:17AM  9  MUST END AND THE TRIAL BEGIN.  AND WE DON'T HAVE A PROBLEM--

10:17AM 10  AS LONG AS WE KEEP OUR JANUARY 20 TRIAL DATE--REACHING ANY

10:17AM 11  COMPROMISE THE COURT BELIEVES IS FAIR BOTH FOR THE DEFENDANTS'

10:18AM 12  CONCERNS AS WELL AS THE COURT'S SCHEDULE AND THE COURT'S TIME.

10:18AM 13        ONE THING ELSE THAT I WOULD REQUEST AND MAYBE SUGGEST

10:18AM 14  TO THE COURT, THAT--WELL, HERE'S WHAT I WOULD SUGGEST AS A

10:18AM 15  COMPROMISE:  KEEP THE DATES WE AGREED ON TWO WEEKS AGO.  NOTHING

10:18AM 16  NEW HAS HAPPENED SINCE THEN.

10:18AM 17        AND WITH REGARD TO RULINGS, I'M QUITE SURE, LIKE

10:18AM 18  MOST JUDGES, YOU ARE GONNA RULE WHEN YOU HAVE TIME TO RULE.

10:18AM 19  BUT I WOULD SUGGEST TO YOU WITH WHAT YOU'VE GOT OUT THERE,

10:18AM 20  FRANKLY, ON THE MOTIONS FOR SUMMARY JUDGMENT ON DAMAGES IT MAY

10:18AM 21  BE QUICKER FOR JUDICIAL ECONOMY JUST TO TRY THE THING AND RULE

10:18AM 22  ON THESE MATTERS AT THE TIME OF THE TRIAL AS WE GO--GO THROUGH

10:18AM 23  IT.  THAT MIGHT BE QUICKER THAN TAKING THE TIME NECESSARY TO

10:18AM 24  MAKE THESE RULINGS AND THEN GO FORWARD.  A LOT OF COURTS WILL

10:18AM 25  DELAY RULING ON A MARKMAN OR MAKE A QUICK MARKMAN BOTH UNDER

10:19AM 1   THEORIES OF WANTING TO FOSTER SETTLEMENT.  SOME--SOME COURTS

10:19AM 2   TAKE THE POSITION, "WELL, YOU KNOW, IF I RULE ON IT QUICKLY,

10:19AM 3   THAT HELPS FACILITATE SETTLEMENT BECAUSE IT GIVES CLEAR

10:19AM 4   GUIDANCE" AND/OR WAIT TILL THE LAST MINUTE TO CREATE ENOUGH

10:19AM 5   UNCERTAINTY THAT THERE'S MORE LIKELIHOOD--BUT MAKE NO MISTAKE

10:19AM 6   ABOUT IT, A MARKMAN RULING IS FOR THE JURY'S BENEFIT.  THAT CAN

10:19AM 7   BE MADE DURING THE COURSE OF THE TRIAL.  IN FACT, I MEAN I--

10:19AM 8        THE COURT:  YEAH, BUT DOESN'T IT ALSO HELP YOU

10:19AM 9   PREPARE FOR TRIAL?  I MEAN TAILOR YOUR EVIDENCE FOR TRIAL?

10:19AM 10       MR. KENDALL:  IT CAN.  IT CAN.  AND ALL I'M SAYING

10:19AM 11  TO YOU IS WE'RE CONTENT TO GO FORWARD IN WHATEVER TIME YOU WANT

10:19AM 12  TO ALLOT US TO TRY THIS CASE.  OUR CLIENTS WANT RESOLUTION AND

10:19AM 13  WE WANT TO MOVE FORWARD.

10:19AM 14       BUT WHAT I WAS GONNA SUGGEST TO YOU IS THE

10:19AM 15  PLAINTIFFS WOULD REQUEST THE COURT--WE WOULD LIKE TO GO BACK TO

10:19AM 16  JUDGE FAULKNER IN EARLY JANUARY.  AND NOT THAT I COULD TELL YOU

10:20AM 17  AS AN OFFICER OF THE COURT WITH ANY HIGH DEGREE OF CONFIDENCE

10:20AM 18  THAT THAT EXERCISE MIGHT PROVE FRUITFUL, BUT AT LEAST BY THAT

10:20AM 19  TIME EVERYONE WILL HAVE A REAL CLEAR PICTURE OF WHAT WE'RE

10:20AM 20  DEALING WITH AND PERHAPS SAVE THE COURT SOME TIME THERE.

10:20AM 21       THE COURT:  ALL RIGHT.

10:20AM 22       MR. KENDALL:  WITH REGARD TO ALL THE THINGS

10:20AM 23  COMPLAINED OF IN THE LETTER, THE ONLY STRONG, HARD POSITION WE

10:20AM 24  TAKE IS, JUDGE, WE DON'T WANT TO LOSE OUR TRIAL SETTING AND WE

10:20AM 25  THINK THAT IS WHAT WILL BRING THIS CASE TO A HEAD.  AND REALLY,

10:20AM  1  WHEN YOU GO THROUGH IT, MOTIONS IN LIMINE, THEY CAN BE RULED

10:20AM  2  ON THE DAY OF, THE DAUBERT MOTIONS AS WELL.  YOU KNOW, THE

10:20AM  3  LIKELIHOOD OF ONE OF THOSE BEING GRANTED, I MEAN THOSE AREN'T

10:20AM  4  GRANTED VERY OFTEN IN CASES OF THIS MAGNITUDE WITH THE KIND

10:20AM  5  OF LAWYERING YOU'VE GOT GOING ON HERE.

10:20AM  6       THE SAME THING--I'VE ALREADY MADE MY ARGUMENT ABOUT

10:20AM  7  THE CLAIM CONSTRUCTION.  AND AS I SAID, THE MOTIONS FOR SUMMARY

10:21AM  8  JUDGMENT ON THE DAMAGE ISSUES, I MEAN THAT'S, ONCE AGAIN, YOU

10:21AM  9  KNOW, X DOLLARS, Y DOLLARS.

10:21AM 10       AND AGAIN I WANT TO STRESS THESE ARE AGREED UPON.

10:21AM 11  AND WHAT'S REALLY GOING ON HERE IS A SEEKING OF DELAY OF THE

10:21AM 12  TRIAL SETTING.  AND THAT IS SOMETHING THAT WE REALLY STRONGLY

10:21AM 13  HOPE THAT THE COURT WILL NOT ENGAGE IN, AND PUSH US TO TRIAL.

10:21AM 14  PLAINTIFFS ARE READY TO GO FORWARD.  WE ARE READY TO TRY THE

10:21AM 15  LAWSUIT, IF NEED BE, AND BRING THIS THING TO A CONCLUSION ONE

10:21AM 16  WAY OR ANOTHER.  AND WE WOULD REQUEST THAT THE COURT ORDER US

10:21AM 17  TO GO BACK TO JUDGE FAULKNER AND SEE IF WE HAVE A CHANCE OF

10:21AM 18  RESOLVING THIS SHORT OF TAKING A WEEK OR TWO OF YOUR TIME.

10:21AM 19       THE COURT:  ALL RIGHT.  NOW, BEFORE YOU GO BACK

10:21AM 20  TO JUDGE FAULKNER, THOUGH, YOU NEED MY CLAIM CONSTRUCTION,

10:21AM 21  I ASSUME.  OR AT LEAST THAT WOULD HELP, CERTAINLY.

10:22AM 22       MR. KENDALL:  MAY I BE HEARD ON THAT?

10:22AM 23       THE COURT:  SURE.

10:22AM 24       MR. KENDALL:  WELL, AS I SAID IN MY ARGUMENT,

10:22AM 25  THERE'S TWO SCHOOLS OF THOUGHT ON THAT.  ONE IS, IF WE DON'T

10:22AM 1    HAVE IT, THERE'S ENOUGH UNCERTAINTY THERE ABOUT WHAT YOU ARE

10:22AM 2    GONNA DO THAT IT MAY FOSTER SETTLEMENT OR, IF WE HAVE IT, THEN

10:22AM 3    OBVIOUSLY WE WILL HAVE A CLEAR PICTURE.  BUT, AGAIN, JUDGE, I'M

10:22AM 4    QUITE SURE THIS IS NOT THE ONLY CASE ON YOUR DOCKET AND NOT THE

10:22AM 5    ONLY THING YOU HAVE TO DO IS SIT AROUND, YOU KNOW, WATCHING THE

10:22AM 6    COMPUTER FOR THE NEXT RAYTHEON MOTION, RAYTHEON-INDIGO MOTION.

10:22AM 7         THE COURT:  THAT IS TRUE.

10:22AM 8         MR. KENDALL:  AND SO, YOU KNOW, I WOULD HOPE THAT

10:22AM 9    WE COULD SETTLE THE CASE AND SAVE US TIME, THE DEFENDANTS TIME,

10:22AM 10   AND SAVE YOU TIME AND EXPENSE BY GOING BACK IN EARLY JANUARY.

10:22AM 11        THE COURT:  OKAY.

10:22AM 12        MR. KENDALL:  I REALLY BELIEVE, JUDGE, THAT THIS

10:22AM 13   THING IS GONNA CONTINUE AS IT HAS THE LONGER WE PUT THE TRIAL

10:22AM 14   OFF AND JUST--WE'RE REQUESTING BRING THIS THING TO A HEAD AND

10:22AM 15   PUT US ALL OUT OF OUR MISERY AND LET'S TRY THIS THING IF WE

10:22AM 16   HAVE TO.

10:23AM 17        THE COURT:  OKAY.

10:23AM 18        MR. SIEBMAN:  YOUR HONOR, CLYDE SIEBMAN.  MAY I

10:23AM 19   RESPOND?

10:23AM 20        THE COURT:  SURE.  YEAH, GO AHEAD.

10:23AM 21        MR. SIEBMAN:  THE PROBLEM WITH WHAT MR. KENDALL

10:23AM 22   IS SUGGESTING IS THAT WE'VE BEEN TRYING TO TAKE THEIR DAMAGE

10:23AM 23   EXPERT'S DEPOSITION SINCE I THINK SEPTEMBER.  SOMEONE CORRECT

10:23AM 24   ME IF I'M WRONG.  BUT SINCE SEPTEMBER WE'VE BEEN TRYING TO TAKE

10:23AM 25   THIS GENTLEMAN'S DEPOSITION.  AND IT'S BEEN A LITANY OF EXCUSES

10:23AM 1 ON WHY WE CAN'T TAKE THEIR DAMAGES EXPERT'S DEPOSITION,

10:23AM 2 MR. BRADDOCK.

10:23AM 3      THE COURT: ALL RIGHT. IS THERE A MOTION ON THAT?

10:23AM 4      MR. SIEBMAN: NO, WE'VE BEEN TRYING TO WORK WITH THE

10:23AM 5 SCHEDULE, TO WORK WITH OPPOSING COUNSEL TO GET THAT DEPOSITION

10:23AM 6 TAKEN. I MEAN, FIRST, I THINK HE WAS ILL; THEN HE HAD AN

10:23AM 7 ILLNESS IN THE FAMILY; THEN HE HAD SOME SCHEDULING PROBLEMS.

10:23AM 8 AND WE'VE BEEN TRYING TO WORK WITH THEM TO GET THIS DEPOSITION

10:23AM 9 TAKEN. AND THAT'S THE REASON THAT THIS SCHEDULE REALLY HAS

10:23AM 10 BEEN ROLLING IS BECAUSE OF--AND EVERYBODY IS WORKING TOGETHER.

10:23AM 11 I MEAN THERE'S A TREMENDOUS AMOUNT OF WORK TO DO IN THIS CASE,

10:23AM 12 AND ALTHOUGH, YOU KNOW, THERE HAVE BEEN A LOT OF CONTENTIOUS

10:24AM 13 ISSUES IN THE CASE, IN SOME RESPECTS WE'VE BEEN TRYING TO WORK

10:24AM 14 TOGETHER. AND IN THAT REGARD WE'VE BEEN WORKING WITH THEM TO

10:24AM 15 TRY TO GET MR. BRADDOCK'S DEPOSITION FOR A LONG, LONG TIME

10:24AM 16 AND UNTIL WE'RE NOW TO THE POINT WHERE THEY SAY HE CAN'T BE

10:24AM 17 AVAILABLE UNTIL MID-DECEMBER. THAT'S THE REASON THAT THE--THAT

10:24AM 18 THE--THE EXPERT STUFF HAS BEEN PUSHED INTO DECEMBER AFTER THE

10:24AM 19 JOINT PRETRIAL DATE.

10:24AM 20      THE PROBLEM WITH THAT NOW IS THAT THERE IS--WE

10:24AM 21 BELIEVE--WE'RE GONNA PRESENT TO THE COURT A VERY SERIOUS

10:24AM 22 DISPOSITIVE MOTION ON DAMAGES THAT WE CAN'T FILE UNTIL WE GET

10:24AM 23 THIS EXPERT'S DEPOSITION. AND THE COURT IS GOING TO HAVE TO

10:24AM 24 HAVE A REASONABLE AMOUNT OF TIME TO ADDRESS THAT. IT REALLY--

10:24AM 25 SOMETHING WAS--I WAS REMINDED OF SOMETHING THAT MR. CUNNINGHAM

10:24AM 1   SAID IN ONE OF THE FIRST HEARINGS THAT WE HAD IN THIS CASE.  I

10:24AM 2   THOUGHT IT WAS ODD AT THE TIME, AND NOW IT'S MAKING MORE SENSE

10:25AM 3   TO ME.  HE MADE THE COMMENT TO THE COURT THAT THIS CASE WAS

10:25AM 4   REALLY JUST AS SIMPLE AS A DOG-BITE CASE.  AND I THINK THAT'S

10:25AM 5   THE WAY THEY WANT TO TRY IT.  THEY REALLY--THEY DON'T WANT

10:25AM 6   TO TRY THIS CASE IN AN ORDERLY FASHION AFTER IT'S BEEN FULLY

10:25AM 7   PREPARED AND EVERYONE HAS HAD A FULL OPPORTUNITY TO PRESENT

10:25AM 8   THEIR MOTIONS AND PRESENT THIS CASE AS YOU WOULD NORMALLY A

10:25AM 9   PATENT CASE.  THEY SIMPLY WANT TO--TO PRESENT THEIR ARGUMENTS

10:25AM 10  TO A JURY AND SEE WHAT STICKS.  AND THAT WOULD BE AN EXTREME

10:25AM 11  INJUSTICE TO THE DEFENDANTS IN THIS CASE WHERE THE PLAINTIFFS

10:25AM 12  ARE SEEKING MILLIONS AND MILLIONS OF DOLLARS IN DAMAGES ON

10:25AM 13  THEORIES THAT WE THINK WILL--WILL NOT HOLD WATER.

10:25AM 14          THE COURT:  ALL RIGHT.  MR. SIEBMAN, WHAT DO YOU

10:25AM 15  THINK THE COURT NEEDS TO RULE ON RIGHT NOW IN ORDER TO HELP THE

10:25AM 16  DEFENDANTS MOVE FORWARD WITH THE CASE AND TO GET READY FOR ANY

10:26AM 17  FURTHER MEDIATION WITH JUDGE FAULKNER?

10:26AM 18          MR. SIEBMAN:  I THINK THE MARKMAN ORDER IS EXTREMELY

10:26AM 19  IMPORTANT.

10:26AM 20          THE COURT:  YEAH.  OKAY.

10:26AM 21          MR. SIEBMAN:  I THINK THE MOTION--THE PLAINTIFF'S

10:26AM 22  MOTION TO EXPAND THEIR INFRINGEMENT CONTENTIONS IS EXTREMELY

10:26AM 23  IMPORTANT.  THEY'RE ATTEMPTING AT THIS LATE DATE TO EXPAND

10:26AM 24  THEIR INFRINGEMENT CONTENTIONS IN THE CASE.  AND IF YOU THINK

10:26AM 25  BACK TO WHAT MR. KENDALL JUST SUGGESTED, HE SUGGESTED TO YOU

10:26AM  1   THAT WE SHOULD BE READY TO GO IN ABOUT SIX WEEKS ON A CASE

10:26AM  2   WHERE WE DON'T EVEN KNOW YET WHAT THE PLAINTIFF'S PATENT

10:26AM  3   INFRINGEMENT CONTENTIONS ARE IN ADDITION TO THE--TO THE

10:26AM  4   CLAIM CONSTRUCTION.  SO I THINK THOSE TWO THINGS ARE--

10:26AM  5             THE COURT:  OKAY.

10:26AM  6             MR. SIEBMAN:  --EXTREMELY IMPORTANT.  BUT CAN I

10:26AM  7   ALSO ASK FOR INPUT FROM MY TEAM?  BECAUSE THAT'S A PRETTY BROAD

10:26AM  8   QUESTION.

10:26AM  9             MR. STEINBERG:  YOUR HONOR, THIS IS BOB STEINBERG,

10:26AM 10   IF I COULD ADD TO THAT.

10:26AM 11             THE COURT:  ALL RIGHT.

10:26AM 12             MR. STEINBERG:  YOUR HONOR, THERE IS A REAL

10:26AM 13   PRACTICAL TIMING ISSUE HERE, PARTICULARLY WITH REGARD TO THE

10:27AM 14   MARKMAN RULING AND THE PIC.  THE MARKMAN RULING WILL ENABLE

10:27AM 15   BOTH PARTIES, ACTUALLY, TO SUPPLEMENT THEIR NEW ARGUMENTS BASED

10:27AM 16   ON WHAT THOSE CONSTRUCTIONS TURN OUT TO BE.  AND THAT WILL

10:27AM 17   TRIGGER PROBABLY ADDITIONAL DISCOVERY BECAUSE THOSE SUPPLEMENTAL

10:27AM 18   REPORTS WILL REQUIRE FURTHER INQUIRY.

10:27AM 19             IN ADDITION, YOUR RULING ON THE PICS, ADDING NEW

10:27AM 20   PRODUCTS THAT WEREN'T IN THE CASE, THIS MOTION FOR LEAVE TO

10:27AM 21   ADD THESE NEW PARTS AND THEORIES TO THE CASE WAS PROVIDED ONLY

10:27AM 22   WHEN THE PARTIES WERE ACTUALLY EXCHANGING EXPERT REPORTS.  SO

10:27AM 23   DEFENDANTS DID NOT HAVE AN OPPORTUNITY TO ADDRESS THE ISSUES

10:27AM 24   CONCERNING THESE NEW ALLEGATIONS AND THEORIES, FRANKLY, THAT

10:27AM 25   WERE IN THE NEW PICS.  SO AGAIN THERE WE ALSO WILL PROBABLY

10:27AM 1 HAVE ADDITIONAL INFORMATION TO SUPPLEMENT IN THE REPORT.

10:27AM 2         NOW, ALL OF THAT IN COMBINATION WITH THE TIMING TO

10:28AM 3 FILE PROBABLY SUBSTANTIVE AND DISPOSITIVE MOTIONS FOR SUMMARY

10:28AM 4 JUDGMENT BASED ON THE NEW PICS AND THE CLAIM CONSTRUCTIONS

10:28AM 5 WILL PUSH THE TIMELINE WELL BEYOND JANUARY 20TH, PRACTICALLY

10:28AM 6 SPEAKING.

10:28AM 7         SO WHILE I AGREE IT WOULD BE VERY HELPFUL FOR US,

10:28AM 8 BOTH PARTIES, TO HAVE THE CONSTRUCTION NOW, I DON'T SEE HOW

10:28AM 9 THAT DATE FOR THE PATENT SIDE OF THE CASE IN PARTICULAR CAN

10:28AM 10 BE MAINTAINED AT THIS TIME.

10:28AM 11         MR. KENDALL:  YOUR HONOR, JOE KENDALL.  MAY I BE

10:28AM 12 HEARD ON THESE ISSUES?

10:28AM 13         THE COURT:  YES, BUT, YOU KNOW--I'LL BE HAPPY TO

10:28AM 14 HEAR FROM YOU, MR. KENDALL, BUT I DON'T KNOW IF THIS IS REALLY

10:28AM 15 GONNA HELP ME, BECAUSE YOU ALL KNOW SO MUCH MORE ABOUT THE

10:28AM 16 DETAILS ABOUT WHERE YOU ARE IN THE CASE AND I DON'T.  YOU KNOW,

10:28AM 17 FROM MY STANDPOINT, IT'S JUST A MATTER OF:  WHAT DO I ADDRESS

10:29AM 18 NEXT ON MY DOCKET?  AND THERE'S ALWAYS SOMETHING DEMANDING

10:29AM 19 ATTENTION.  I WANT TO--I WANT TO GIVE ATTENTION TO THIS CASE.

10:29AM 20         AND I'LL JUST TELL YOU, HERE'S MY SITUATION:  I CAN'T

10:29AM 21 DO MUCH MORE ON THIS CASE IN THE MONTH OF NOVEMBER, LOOKING AT

10:29AM 22 MY SCHEDULE.  I JUST FINISHED A TRIAL YESTERDAY AND I CAN TELL

10:29AM 23 YOU SEPTEMBER, OCTOBER, NOVEMBER HAVE ALL BEEN VERY BUSY WITH

10:29AM 24 TRIALS AND SENTENCINGS AND MOTION WORK.

10:29AM 25         I HAVE--AFTER WE HANG UP FROM THIS CALL, I'VE GOT TO

10:29AM 1   GET READY FOR A CLE PROGRAM TOMORROW THAT I HAVE GOT TO BE IN.

10:30AM 2           THEN I HAVE 12 SENTENCINGS ON FRIDAY AND I HAVE A

10:30AM 3   NUMBER OF SENTENCINGS NEXT WEEK BEFORE THANKSGIVING.

10:30AM 4           SO THAT PUTS ME INTO DECEMBER, WHEN I HAVE FINAL

10:30AM 5   PRETRIALS ON MONDAY, THE 1ST, AND THEN I HAVE FOUR CRIMINAL

10:30AM 6   CASES SET FOR JURY TRIAL BEFORE CHRISTMAS.  HOPEFULLY SOME OF

10:30AM 7   THOSE WILL PLEA.  I JUST DON'T KNOW.  AND HOPEFULLY I'LL FIND

10:30AM 8   SOME TIME AROUND THE HOLIDAYS TO WORK ON THIS.

10:30AM 9           BUT WHAT I'M HOPING TO DO IS GET THE CLAIM-

10:30AM 10  CONSTRUCTION RULING TO YOU IN DECEMBER, AND ALSO A RULING ON

10:30AM 11  DOCKET ENTRY 66, WHICH IS THE DEFENDANTS' MOTION FOR SUMMARY

10:30AM 12  JUDGMENT ON VARIOUS CLAIMS; AND DOCKET ENTRY 234, WHICH IS

10:31AM 13  DEFENDANTS' MOTION FOR SANCTIONS ON SPOLIATION; AND DOCKET

10:31AM 14  ENTRY 276, WHICH IS THE PLAINTIFF'S MOTION FOR LEAVE TO

10:31AM 15  SUPPLEMENT PATENT-INFRINGEMENT CONTENTIONS; AND THEN DOCKET

10:31AM 16  ENTRY 336, WHICH IS THE PLAINTIFF'S MOTION TO STRIKE DEFENDANTS'

10:31AM 17  ANSWER TO THE AMENDED COMPLAINT.

10:31AM 18          NOW, BEGINNING WITH DOCKET ENTRY 352, WHICH IS A

10:31AM 19  MOTION BY THE PLAINTIFF TO STRIKE TRANSCRIPT ERRATA SHEETS

10:31AM 20  OF JONATHAN KNAUTH AND VU NGUYEN, THOSE--I DON'T KNOW IF ALL

10:31AM 21  THE RESPONSES AND REPLIES HAVE COME IN YET.  THAT WAS FILED

10:31AM 22  NOVEMBER 3RD.  SO THERE'S A LOT OF STUFF THAT'S NEW.  BUT SOME

10:31AM 23  OF THIS OLD STUFF THAT'S BEEN PENDING, I WOULD LIKE TO GET

10:31AM 24  RULINGS TO YOU AS QUICKLY AS POSSIBLE.

10:32AM 25          YOU KNOW, I WANT YOU TO KEEP WORKING ON THE CASE.

10:32AM 1    I'M READY TO TRY THE CASE IN JANUARY.  I STILL HAVE THAT DATE

10:32AM 2    ON MY CALENDAR AND I HAVEN'T SCHEDULED OVER IT OR ANYTHING.  I

10:32AM 3    MEAN I'VE CLEARED MY CALENDAR FOR TUESDAY, JANUARY 20TH.  BUT

10:32AM 4    I KNOW THAT IT'S INHIBITING BOTH SIDES' ABILITY TO PREPARE FOR

10:32AM 5    TRIAL BECAUSE YOU DON'T HAVE MY CLAIM-CONSTRUCTION RULING AND

10:32AM 6    MY RULING ON--RULINGS ON SOME OF THESE MOTIONS THAT I JUST WENT

10:32AM 7    OVER WITH YOU.

10:32AM 8            VOICE:  YOUR HONOR--

10:32AM 9            THE COURT:  SO IF I GO AHEAD AND TRY TO GET THOSE

10:32AM 10   RULINGS TO YOU IN DECEMBER, THEN, I GUESS, AS YOU FILE MORE

10:32AM 11   MOTIONS, I'LL JUST HAVE TO TRY TO DO SOMETHING WITH THEM AS

10:32AM 12   THEY COME MY WAY.  IT COULD BE WE WOULD GO INTO TRIAL AND I

10:33AM 13   WOULD HAVE A STACK OF MOTIONS THAT I JUST HAVEN'T GOTTEN TO.

10:33AM 14   I'M NOT SURE HOW THAT WILL PLAY OUT.

10:33AM 15           MR. SIEBMAN:  YOUR HONOR, THIS IS CLYDE SIEBMAN.

10:33AM 16   IF I MIGHT ADDRESS THE COURT BRIEFLY, I THINK IF THE COURT

10:33AM 17   WILL LOOK AT THE MOST-RECENT SCHEDULE AND HAVE THE LAW CLERK

10:33AM 18   CALCULATE THE RESPONSE DATES ON THOSE MOTIONS, WHAT THE COURT

10:33AM 19   IS GONNA FIND IS THAT THE DAUBERT MOTIONS ON DAMAGES AND THE

10:33AM 20   DISPOSITIVE MOTIONS ON DAMAGES ARE GONNA BE FILED EITHER ON THE

10:33AM 21   EVE OF TRIAL OR EVEN ARE GONNA BE DUE TO BE FILED RIGHT AFTER

10:33AM 22   THE 20TH.

10:33AM 23           THE COURT:  ALL RIGHT.  NOW, I'M LOOKING AT MY

10:33AM 24   NOVEMBER 4TH ORDER.  I THINK THAT'S WHAT YOU ARE REFERRING TO.

10:33AM 25           MR. SIEBMAN:  RIGHT.  I THINK IT'S THE 26TH.

10:33AM  1    DECEMBER 26TH IS THE DEADLINE FOR FILING DAUBERT MOTIONS ON THE

10:33AM  2    DAMAGE SIDE AND DISPOSITIVE MOTIONS ON DAMAGES, IF MY MEMORY IS

10:34AM  3    CORRECT.

10:34AM  4            THE COURT:  I DON'T SEE THE DATE DECEMBER 26TH

10:34AM  5    ANYWHERE IN HERE.

10:34AM  6            MR. GARNER:  YOUR HONOR, ROBERT GARNER FOR THE

10:34AM  7    DEFENDANTS.  THIS MAY BE SOMETHING THAT WOULD BE HELPFUL.

10:34AM  8            THE COURT:  OKAY.

10:34AM  9            MR. GARNER:  THE SCHEDULE--IT MAY BE IN ONE OF THE

10:34AM  10   PREVIOUS ORDERS, BUT THE SCHEDULE FOR THE DAUBERT MOTION FOR

10:34AM  11   SUMMARY JUDGMENT AND LIMINES BASED ON DAMAGES WILL BE NO

10:34AM  12   EARLIER THAN SEVEN DAYS AFTER THE LAST DAMAGES EXPERT IS

10:34AM  13   DEPOSED.

10:34AM  14           THE COURT:  YEAH, THAT'S WHAT I'M SEEING HERE.

10:34AM  15           MR. GARNER:  RIGHT NOW THE DAMAGE EXPERT DEPOSITIONS

10:34AM  16   ARE SCHEDULED, IF WE CAN KEEP THEM, FOR DECEMBER 17TH AND 19TH.

10:34AM  17           THE COURT:  OKAY.  ALL RIGHT.  SO THEN YOU WOULD

10:34AM  18   HAVE A WEEK AFTER THAT TO FILE DAUBERT MOTIONS AND MOTIONS IN

10:34AM  19   LIMINE.

10:34AM  20           MR. GARNER:  RIGHT.  WE WOULD HOPE, GIVEN THE

10:34AM  21   CHRISTMAS--

10:34AM  22           THE COURT:  ALL RIGHT.  AND YOU ARE SAYING THE

10:34AM  23   DEPOSITIONS OF WALTER BRADDOCK AND DANIEL SCHLAGE ARE SCHEDULED

10:34AM  24   WHEN AGAIN?

10:34AM  25           MR. GARNER:  WE ARE NOW SCHEDULED FOR THE 17TH AND

10:34AM 1   THE 19TH OF DECEMBER.  THIS IS STILL ROBERT GARNER SPEAKING.

10:35AM 2             THE COURT:  OKAY.

10:35AM 3             MR. SIEBMAN:  BEEN TRYING TO TAKE BRADDOCK'S SINCE

10:35AM 4   SEPTEMBER.

10:35AM 5             MR. CUNNINGHAM:  ROSS CUNNINGHAM, YOUR HONOR.

10:35AM 6   MR. BRADDOCK HAD A DEATH IN THE FAMILY, NOT AN ILLNESS; HE HAD

10:35AM 7   TWO SURGERIES; HIS OFFICE WAS DISPLACED BY HURRICANE--I DON'T

10:35AM 8   KNOW WHAT THE NAME OF IT WAS.

10:35AM 9             VOICE:  IKE.

10:35AM 10            THE COURT:  OKAY.

10:35AM 11            MR. CUNNINGHAM:  HE'S BEEN SUMMONSED TO TRIAL IN NEW

10:35AM 12  JERSEY ONCE AND CALIFORNIA A SECOND TIME.

10:35AM 13            THE COURT:  OKAY.  SO RIGHT NOW YOU'VE SCHEDULED

10:35AM 14  BRADDOCK'S DEPOSITION FOR DECEMBER 17TH AND SCHLAGE'S FOR

10:35AM 15  DECEMBER 19TH?

10:35AM 16            MR. GARNER:  ROBERT GARNER.  THAT IS CORRECT, YOUR

10:35AM 17  HONOR.

10:35AM 18            THE COURT:  OKAY.

10:35AM 19            MR. SIEBMAN:  THE POINT I WAS MAKING, YOUR HONOR,

10:35AM 20  IS THAT WITH THE PROBLEMS THAT MR. BRADDOCK HAD--AND THAT'S

10:35AM 21  RAYTHEON'S EXPERT--WITH THE PROBLEMS THAT HE HAD AND PUSHING--

10:35AM 22  AND PREVENTING--AND WE DIDN'T FILE MOTIONS WITH THE COURT

10:35AM 23  BECAUSE, I MEAN, YOU KNOW, THOSE WERE LEGITIMATE EXCUSES, I

10:35AM 24  MEAN, YOU KNOW, IT WOULD HAVE BEEN--IT WOULD HAVE BEEN--I JUST

10:36AM 25  WOULDN'T HAVE FELT GOOD; IT WOULDN'T HAVE BEEN APPROPRIATE FOR

10:36AM  1  US TO FILE MOTIONS ON THAT.  IT WAS APPROPRIATE FOR US TO AGREE

10:36AM  2  THAT THOSE WERE LEGITIMATE PROBLEMS.

10:36AM  3          BUT BE THAT AS IT MAY, IT HAS FORCED US INTO A

10:36AM  4  SITUATION WHERE WE'RE NOW GETTING TO TAKE THE DAMAGE EXPERT

10:36AM  5  IN A MULTI-MILLION-DOLLAR CASE WITHIN 30 DAYS OF WHEN THE TRIAL

10:36AM  6  IS SET IN A CASE WHERE WE HAVE SERIOUS ISSUES WITH THE DAMAGE

10:36AM  7  METHODOLOGY.

10:36AM  8          AND YOU KNOW, I UNDERSTAND MR. KENDALL'S COMMENT

10:36AM  9  THAT HE JUST WANTS TO THROW THIS THING IN THE JURY BOX.  BUT

10:36AM 10  THAT WOULD BE TOTALLY UNFAIR TO THE DEFENDANTS IN A CASE OF

10:36AM 11  THIS MAGNITUDE WHEN WE'VE BEEN PREVENTED, ALBEIT FOR GOOD

10:36AM 12  REASONS, FROM TAKING THE DAMAGE EXPERT IN THIS CASE IN TIME

10:36AM 13  TO--TO MAKE--YOU KNOW, IF--IF THE END RESULT IS WE CAN'T MAKE

10:37AM 14  MEANINGFUL OBJECTIONS TO THIS FELLOW BECAUSE THE COURT IS NOT

10:37AM 15  GONNA HAVE A FAIR AMOUNT OF TIME TO ADDRESS THE ISSUES, THEN

10:37AM 16  THAT WOULD BE--YOU KNOW, THAT WOULD BE TOTALLY UNFAIR TO THE

10:37AM 17  DEFENDANTS.  YOU KNOW, IT'S NOT OUR FAULT THAT WE'RE--THAT

10:37AM 18  WE'RE NOT ABLE TO TAKE MR. BRADDOCK, THE DAMAGE EXPERT, UNTIL

10:37AM 19  THE END OF DECEMBER.

10:37AM 20          THE COURT:  WELL, NOW, YOU WOULD HAVE THE

10:37AM 21  OPPORTUNITY TO FILE YOUR DAUBERT MOTION ON BRADDOCK NO LATER

10:37AM 22  THAN, IT LOOKS LIKE, DECEMBER 24TH, RIGHT, SEVEN DAYS AFTER

10:37AM 23  12/17?

10:37AM 24          MR. SIEBMAN:  RIGHT.  I SUPPOSE THAT'S RIGHT.  I

10:37AM 25  THOUGHT IT WAS THE 26TH, BUT IT MAY BE THE 24TH.

24

10:37AM  1          VOICE:  IT'S THE 26TH, YOUR HONOR.

10:37AM  2          THE COURT:  OKAY.  ALL RIGHT.

10:37AM  3          MR. KENDALL:  YOUR HONOR, THIS IS JOE KENDALL.  MAY

10:37AM  4  I BE HEARD NOW?

10:37AM  5          THE COURT:  OKAY.  GO AHEAD.

10:37AM  6          MR. KENDALL:  THIS BUSINESS ABOUT THIS IS SOME KIND

10:37AM  7  OF COMPLICATED DOG-BITE CASE, ALL I CAN TELL YOU IS YOU CAN

10:37AM  8  PROBABLY DO THE SAME THING IN ELECTRONIC FORMAT.  I'M KIND OF

10:37AM  9  AN OLD-SCHOOL PAPER GUY.  I LIKE TO READ PAPER.  I'M LOOKING

10:37AM 10  ACROSS THE ROOM HERE AT AN ENTIRE SHELF FULL OF DEAD TREES THAT

10:38AM 11  HAVE BEEN GENERATED IN THIS CASE.  SO TO SUGGEST THE NOTION

10:38AM 12  THAT THIS THING HASN'T BEEN FULLY LITIGATED AND IT HASN'T BEEN

10:38AM 13  LITIGATED AD NAUSEAM IS JUST ERRONEOUS.

10:38AM 14          WITH REGARD TO BRADDOCK'S MOTION--OR THE MOTION WITH

10:38AM 15  REGARD TO BRADDOCK, THAT THING CAN BE RIPE--IF YOU CAN SHORTEN

10:38AM 16  THE TIME ON US, WE'LL RESPOND TO WHATEVER THEY FILE ABOUT HIM

10:38AM 17  REAL QUICKLY.  AND IT WOULD PROBABLY TAKE THE COURT HOWEVER

10:38AM 18  QUICK THE COURT CAN READ 10 TO 20 PAGES TO FIGURE THIS OUT.

10:38AM 19  THIS IS NOT ROCKET SCIENCE.

10:38AM 20          AND ONCE AGAIN--AND I FORGET NOW WHICH DEFENSE

10:38AM 21  LAWYER, IT WASN'T MR. SIEBMAN, BUT ONE CHIMED IN--AND THIS IS

10:38AM 22  VERY, VERY TELLING, WHEN HE SAID--AND YOU CAN GO BACK IN THE

10:38AM 23  RECORD AND LOOK--ONE OF THESE GENTLEMEN SAID, "OH, YES, AND

10:38AM 24  ONCE YOU ISSUE YOUR MARKMAN RULING, THAT WILL GENERATE

10:38AM 25  ADDITIONAL MOTIONS THAT WE WILL NEED TO FILE."  AND SO WE SEE

10:39AM 1  THIS--AND WE--YOU KNOW, WE WANT TO BE PREPARED AS WELL AND WE

10:39AM 2  WANT THEM TO BE PREPARED AS WELL AND YOU BEST BELIEVE WE'RE NOT

10:39AM 3  GONNA GO UP AND THROW A BUNCH OF STUFF AGAINST THE WALL AND

10:39AM 4  HOPE THAT IT STICKS.  BUT THIS IS A PRINCETON DEFENSE, DELAY,

10:39AM 5  DELAY, DELAY.  WE JUST WANT TO GO TO TRIAL ON JANUARY 20TH,

10:39AM 6  WE WOULD LIKE TO MEDIATE BEFORE THEN IF THERE'S A CHANCE TO

10:39AM 7  SETTLE.  IT WILL BE FAIRLY CLEAR TO ALL CONCERNED WHAT THE LAY

10:39AM 8  OF THE LAND IS BY EARLY JANUARY.  AND THE HOLIDAYS WILL BE

10:39AM 9  OVER.  THIS IS A BIG-ENOUGH CASE, THERE ARE ENOUGH LAWYERS

10:39AM 10 INVOLVED, A COUPLE OF WEEKS, TWO TO THREE WEEKS THERE WITH

10:39AM 11 PEOPLE WHO HAVE BEEN LIVING WITH THIS FOR A YEAR THAT DON'T

10:39AM 12 REALLY NEED TO GO OUT AND REINVENT THE WHEEL, THERE IS MORE

10:39AM 13 THAN ADEQUATE TIME TO TRY THIS CASE.

10:39AM 14        AND ONCE AGAIN, YOUR HONOR, I WOULD JUST SUGGEST TO

10:39AM 15 YOU THAT IF THE TRIAL SETTING IS PUSHED YOU ARE JUST GONNA HAVE

10:39AM 16 MORE DOCKET ENTRIES AND IT'S JUST GONNA KEEP GOING UNTIL YOU

10:40AM 17 PUT AN END TO IT.

10:40AM 18        THE COURT:  OKAY.

10:40AM 19        MR. SIEBMAN:  YOUR HONOR, I DON'T THINK IT'S FAIR

10:40AM 20 TO SUGGEST THAT THE DEFENDANTS ARE DELAYING.  IT'S BEEN

10:40AM 21 MR. BRADDOCK'S SCHEDULE THAT'S BEEN THE TRUE IMPEDIMENT, AND

10:40AM 22 THAT'S THE PLAINTIFF'S EXPERT.  SO...

10:40AM 23        THE COURT:  ALL RIGHT.  SO, MR. SIEBMAN, WHAT--OTHER

10:40AM 24 THAN BRADDOCK'S DEPOSITION AND SCHLAGE--AND I DON'T KNOW IF I'M

10:40AM 25 PRONOUNCING HIS NAME CORRECTLY, I'M SURE I'M NOT--OTHER THAN

10:40AM 1  THOSE TWO DEPOSITIONS--AND BY THE WAY, THOSE ARE BOTH DAMAGES

10:40AM 2  EXPERTS FOR THE PLAINTIFF, MR. KENDALL?

10:40AM 3        MR. KENDALL:  YES.  NO, NOT SCHLAGE.  HE'S THE

10:40AM 4  DEFENDANTS', AS I UNDERSTAND IT.

10:40AM 5        THE COURT:  OKAY.  HE'S YOUR EXPERT, MR. SIEBMAN,

10:40AM 6  SCHLAGE IS?

10:40AM 7        MR. SIEBMAN:  THE PLAINTIFF'S AND THE DEFENDANTS'

10:40AM 8  EXPERTS HAVE BEEN PUT OFF TO WHERE THEY CAN BE TAKEN

10:40AM 9  SIMULTANEOUSLY, YOU KNOW, IN THE SAME PERIOD OF TIME.

10:40AM 10       THE COURT:  OKAY.  ALL RIGHT.  SO SCHLAGE IS YOUR

10:40AM 11 MAN?

10:40AM 12       MR. SIEBMAN:  YES.  AND BRADDOCK IS THEIRS.  BUT THE

10:41AM 13 REASON WE'RE AT THE END OF DECEMBER IS BECAUSE OF BRADDOCK'S

10:41AM 14 SCHEDULE.

10:41AM 15       THE COURT:  YEAH.  OKAY.  ALL RIGHT.  SO YOU NEED TO

10:41AM 16 DO THAT.  AND WHAT ELSE DO YOU NEED NOW IN ORDER TO GO FORWARD?

10:41AM 17 I KNOW YOU NEED THE MARKMAN RULING, OR YOU WOULD LIKE IT, AND

10:41AM 18 YOU WOULD LIKE MY RULING ON THE MOTION--LET'S SEE--THE MOTION

10:41AM 19 FOR LEAVE TO SUPPLEMENT PATENT-INFRINGEMENT CONTENTIONS FILED

10:41AM 20 BY THE PLAINTIFF.  OKAY?  YOU NEED THOSE TWO THINGS.  THOSE ARE

10:41AM 21 THE MOST IMPORTANT IS WHAT I'M HEARING FROM BOTH SIDES HERE.

10:41AM 22       MR. SIEBMAN:  IN GOING FORWARD, THAT'S CORRECT.

10:41AM 23 OBVIOUSLY THE MOTION FOR SUMMARY JUDGMENT THAT THE DEFENDANTS

10:41AM 24 HAVE ON FILE--

10:41AM 25       THE COURT:  YEAH.  AND THAT'S DOCKET ENTRY 66,

27

10:41AM 1  RIGHT?

10:41AM 2          MR. SIEBMAN:  --WOULD BE VERY IMPORTANT.

10:41AM 3          MR. CUNNINGHAM:  YOUR HONOR, MR. CUNNINGHAM.  THE

10:41AM 4  DEFENDANTS FILED A MOTION TO WITHDRAW DOCKET NUMBER 66 ON

10:41AM 5  NOVEMBER 3RD.  THEY REPLACED IT WITH--IT WAS A PRE-DISCOVERY

10:41AM 6  MOTION FOR SUMMARY JUDGMENT ON LIMITATION.  ON NOVEMBER 3RD,

10:42AM 7  THEY WITHDREW THAT MOTION FOR SUMMARY JUDGMENT AND REPLACED

10:42AM 8  IT WITH A VIRTUALLY IDENTICAL MOTION, BUT THEY THEN INCLUDED

10:42AM 9  EVIDENCE THAT CAME OUT DURING THE YEAR OF DISCOVERY.

10:42AM 10          MR. SIEBMAN:  THE NUMBER HAS CHANGED, BUT THE

10:42AM 11  SUBSTANCE OF THAT MOTION IS VERY SIMILAR.

10:42AM 12          THE COURT:  ALL RIGHT.  IT WOULD JUST BE HELPFUL

10:42AM 13  FOR ME TO IDENTIFY WHICH NUMBER WE'RE TALKING ABOUT.

10:42AM 14          MR. SIEBMAN:  IF THE COURT WOULD LIKE, WE COULD

10:42AM 15  PREPARE A LETTER AND SEND IT OVER TO THE COURT BY FIRST THING

10:42AM 16  IN THE MORNING.

10:42AM 17          THE COURT:  ALL RIGHT.  THAT WOULD HELP.  I'M

10:42AM 18  LOOKING HERE.  IT MAY BE NUMBER 357.  DO YOU KNOW, KEITH?

10:42AM 19          LAW CLERK:  I DON'T KNOW.

10:42AM 20          THE COURT:  DO YOU RECALL A MOTION TO WITHDRAW?

10:42AM 21          LAW CLERK:  I DON'T RECALL SEEING THAT.

10:42AM 22          MR. CUNNINGHAM:  YOUR HONOR, MR. CUNNINGHAM.  THE

10:42AM 23  DEFENDANTS FILED A MOTION ON THE--ON THE--ON THE NIGHT OF

10:42AM 24  NOVEMBER 3RD THAT WAS--THEY WITHDREW DOCKET NUMBER 66 AND

10:42AM 25  THEN IN EITHER A COMPANION MOTION OR ON THE SAME MOTION THEY

10:42AM 1  WERE ASKING TO RESET THE PAGE LIMITS ON THE TOTAL OF BRIEFING

10:43AM 2  OF 60 PAGES.

10:43AM 3          THE COURT:  OKAY.  THERE ARE A NUMBER OF MOTIONS

10:43AM 4  FILED ON NOVEMBER 3RD.

10:43AM 5          MR. SIEBMAN:  LET ME EXPLAIN THAT, YOUR HONOR, SO

10:43AM 6  YOU'LL UNDERSTAND WHAT HAPPENED.  WE FILED AN INITIAL MOTION AT

10:43AM 7  THE--AT THE BEGINNING OF DISCOVERY.  THAT GOT CARRIED FORWARD.

10:43AM 8  AND SO WHAT WE DID IN NOVEMBER WAS WE FILED ANOTHER MOTION

10:43AM 9  THAT WOULD BASICALLY SUBSUME THAT INITIAL--INSTEAD OF THE COURT

10:43AM 10 HAVING TWO MOTIONS, WE PUT EVERYTHING IN THAT OLD MOTION IN THE

10:43AM 11 SECOND MOTION.

10:43AM 12         THE COURT:  OKAY.

10:43AM 13         MR. SIEBMAN:  WE--WE--WE INCLUDED ADDITIONAL

10:43AM 14 EVIDENCE THAT HAD BEEN LEARNED DURING DISCOVERY--

10:43AM 15         THE COURT:  OKAY.

10:43AM 16         MR. SIEBMAN:  --THAT WE CONTENDED SUPPORTED THE

10:43AM 17 MOTION.

10:43AM 18         THE COURT:  OKAY.  THEN WHAT I NEED TO DO IS NOT--SO

10:43AM 19 YOU DON'T NEED A RULING ON 66, BECAUSE YOU'VE REPLACED IT WITH

10:43AM 20 SOMETHING ELSE.  AND IT LOOKS LIKE PROBABLY YOU'VE REPLACED IT

10:43AM 21 WITH 357.

10:43AM 22         MR. SIEBMAN:  IS THAT CORRECT, ROB?

10:43AM 23         MR. GARNER:  ROBERT GARNER, YOUR HONOR, FOR

10:43AM 24 DEFENDANTS.  I DON'T HAVE THAT NUMBER IN FRONT ME, BUT IT IS

10:44AM 25 REPLACED AND IT IS NOT FULLY--IT'S NOT RIPE YET.  BUT I THINK

10:44AM 1  MR. SIEBMAN'S SUGGESTION THAT WE PROVIDE YOU WITH A MORE

10:44AM 2  ORGANIZED CHART OF WHAT'S PENDING AND WHERE THINGS ARE IN

10:44AM 3  THE MORNING MIGHT BE THE BEST WAY TO GO.

10:44AM 4       THE COURT:  OKAY.  ALL RIGHT.  I WILL--AS SOON AS I

10:44AM 5  GET THAT CHART, I WILL LOOK AT IT AND SEE, YOU KNOW, WHAT'S THE

10:44AM 6  MOST IMPORTANT HERE FOR ME TO GET GOING ON.  AND I'M GOING TO

10:44AM 7  START WITH THE MARKMAN ORDER AND THE PLAINTIFF'S MOTION TO

10:44AM 8  SUPPLEMENT THEIR PATENT-INFRINGEMENT CONTENTIONS.

10:44AM 9       NOW, CAN YOU KEEP GOING FORWARD WITH WHAT'S IN THE

10:44AM 10  NOVEMBER 4TH ORDER HERE?

10:44AM 11       MR. SIEBMAN:  YOUR HONOR, THERE'S A COUPLE OF THINGS

10:44AM 12  THAT WE REALLY WOULD NEED.  WE--WE NEED--WHAT WE WOULD ASK FOR

10:44AM 13  WOULD BE AT LEAST ONE OR TWO DAYS ADDITIONAL ON THE JOINT FINAL

10:44AM 14  PRETRIAL ORDER.  IF THE COURT IS INCLINED TO HAVE US FILE A

10:45AM 15  JOINT FINAL PRETRIAL ORDER AT THIS POINT, WE WOULD LIKE AT

10:45AM 16  LEAST A COUPLE-DAY EXTENSION ON THAT.  AND THEN ALSO WE WOULD

10:45AM 17  LIKE A WEEK EXTENSION ON THE PENDING--ON THE RESPONSES OR

10:45AM 18  OPPOSITIONS THAT ARE DUE, I THINK, TODAY.  IS THAT RIGHT, ROB?

10:45AM 19       MR. GARNER:  THAT'S CORRECT.

10:45AM 20       VOICE:  YOUR HONOR--

10:45AM 21       MR. SIEBMAN:  I DON'T KNOW IF--BASED ON AN EARLIER

10:45AM 22  COMMENT, I'M NOT SURE THAT THE DEFENDANTS--I MEAN THAT THE

10:45AM 23  PLAINTIFFS WOULD BE OPPOSED TO THAT.

10:45AM 24       MR. KENDALL:  YOUR HONOR, JOE KENDALL.  ONCE AGAIN,

10:45AM 25  WE ARE AMENABLE TO WHATEVER WORKS FOR EVERYONE AS LONG AS WE

10:45AM 1  GET TO TRY THIS CASE JANUARY 20 AND AS LONG AS WE GET A CRACK

10:45AM 2  WITH JUDGE FAULKNER AGAIN TO SEE IF WE CAN SAVE US ALL SOME

10:45AM 3  TIME.  THAT'S THE ONLY HILL WE HAVE TO DIE ON.

10:45AM 4          THE COURT:  OKAY.  ALL RIGHT.

10:45AM 5          NOW, AS FAR AS THE FINAL PRETRIAL ORDER, WOULD THE

10:45AM 6  FINAL PRETRIAL ORDER BE MORE HELPFUL TO THE COURT AND TO YOU

10:45AM 7  IF IT CAME TO ME AFTER I GIVE YOU MY MARKMAN RULING?

10:46AM 8          MR. GARNER:  YOUR HONOR, ROBERT GARNER FOR DEFENDANTS.

10:46AM 9  THAT'S CORRECT.

10:46AM 10         MR. KENDALL:  JUDGE, JOE KENDALL.  I WOULD AGREE

10:46AM 11 WITH THAT.

10:46AM 12         THE COURT:  OKAY.  THEN--

10:46AM 13         MR. GARNER:  YOUR HONOR, ROBERT GARNER.  IT WOULD

10:46AM 14 ALSO BE HELPFUL IF IT CAME ALSO AFTER THE RULING ON THE

10:46AM 15 PRELIMINARY INFRINGEMENT CONTENTIONS AS WELL.

10:46AM 16         THE COURT:  OKAY.  OKAY.  LET'S SAY THE FINAL

10:46AM 17 PRETRIAL ORDER WILL BE DUE--AND I DON'T KNOW HOW QUICK TO MAKE

10:46AM 18 THIS, BUT CAN WE SAY 10 DAYS AFTER RULINGS ON THOSE TWO THINGS?

10:46AM 19         MR. SIEBMAN:  YES, YOUR HONOR.  I WAS GONNA SAY 10

10:46AM 20 BUSINESS DAYS, BUT A 10-DAY RULING WOULD BE 10 BUSINESS DAYS,

10:46AM 21 SO THAT WOULD BE FINE.

10:46AM 22         THE COURT:  OKAY.  10 BUSINESS DAYS AFTER MARKMAN

10:46AM 23 AND RULING ON PATENT-INFRINGEMENT CONTENTIONS.

10:47AM 24         OKAY.  AS FAR AS--YOU MENTIONED SOMETHING ELSE ABOUT

10:47AM 25 SOME RESPONSES, MR. SIEBMAN, THAT YOU NEEDED ANOTHER FEW DAYS

31

10:47AM  1   ON OR A WEEK OR SOMETHING LIKE THAT.

10:47AM  2            MR. SIEBMAN:  THERE ARE SOME OPPOSITIONS, I THINK,

10:47AM  3   ON MOTIONS THAT ARE DUE TODAY, AND WE WOULD LIKE TO EXTEND THAT

10:47AM  4   FOR A WEEK.

10:47AM  5            THE COURT:  OKAY.

10:47AM  6            MR. KENDALL:  WE HAVE NO OBJECTION TO THAT, YOUR

10:47AM  7   HONOR.

10:47AM  8            THE COURT:  OKAY.  ALL RIGHT.  THOSE--I'LL GRANT

10:47AM  9   THAT REQUEST.  AND I'LL PUT THIS IN A WRITTEN ORDER.  SO

10:47AM  10  RESPONSES TO MOTIONS THAT ARE DUE TODAY ARE EXTENDED TO, LET'S

10:47AM  11  SEE, NOVEMBER 25TH.

10:47AM  12           OKAY.  WHAT ELSE, MR. SIEBMAN?

10:47AM  13           MR. SIEBMAN:  YOUR HONOR, I THINK THAT TAKES CARE

10:47AM  14  OF THE IMMEDIATE.

10:47AM  15           THE LAST COMMENT THAT I WOULD HAVE IS THAT THE MOST

10:48AM  16  IMPORTANT THING THAT WE NEED IS PROBABLY THE MOST DIFFICULT AND

10:48AM  17  THAT IS THAT WE NEED THE COURT TO HAVE AN ADEQUATE AMOUNT OF

10:48AM  18  TIME TO FULLY AND FAIRLY CONSIDER OUR OBJECTIONS TO THE DAMAGE

10:48AM  19  MODEL PRIOR TO THE TRIAL.

10:48AM  20           THE COURT:  OKAY.

10:48AM  21           MR. SIEBMAN:  AND, YOU KNOW, I DON'T KNOW--YOU KNOW,

10:48AM  22  I KNOW WHAT I TYPICALLY CONSIDER TO BE WHAT THE COURT NEEDS.

10:48AM  23  THE COURT KNOWS BETTER THAN I DO.  BUT I THINK THAT'S THE

10:48AM  24  MOST-IMPORTANT ISSUE THAT WE HAVE THAT WOULD BE PENDING WOULD

10:48AM  25  BE--'CAUSE I THINK--IN A CASE OF THIS MAGNITUDE, I THINK IT IS

10:48AM  1   EXTREMELY IMPORTANT FOR THE JUDGE AND FOR THE COURT TO FULFILL

10:48AM  2   ITS--AND I KNOW YOU WILL, I'M NOT SUGGESTING YOU WON'T, BUT I

10:48AM  3   THINK IT IS IMPORTANT THAT YOU GIVE YOURSELF THE TIME THAT

10:48AM  4   YOU'RE TRULY GONNA NEED TO FULFILL YOUR ROLE AS A GATEKEEPER

10:48AM  5   ON THESE DAUBERT MOTIONS WITH RESPECT TO THIS DAMAGE MODEL.

10:49AM  6           THE COURT:  ARE THESE MOTIONS THAT YOU HAVE ALREADY

10:49AM  7   FILED?

10:49AM  8           MR. SIEBMAN:  THESE ARE MOTIONS THAT ARE REQUIRED TO

10:49AM  9   BE FILED, UNDER THE CURRENT SCHEDULE, SEVEN DAYS AFTER THESE

10:49AM 10   DAMAGE EXPERT DEPOS.

10:49AM 11           THE COURT:  OKAY.

10:49AM 12           MR. SIEBMAN:  AND THEREIN LIES THE REAL PROBLEM.

10:49AM 13   THEY'RE NOT GONNA BE FILED UNTIL THE END OF DECEMBER.  AND,

10:49AM 14   YOU KNOW, THAT REALLY CREATES THE PROBLEM.

10:49AM 15           NOW, YOU KNOW, I HEAR MR. KENDALL TALKING ABOUT

10:49AM 16   JANUARY THE 20TH.  BUT, YOU KNOW, IT MAY VERY WELL BE THAT WHAT

10:49AM 17   WE WOULD URGE THE COURT TO DO IS IF THE COURT CAN'T--AND I HAVE

10:49AM 18   A HARD TIME EVEN SAYING THIS BECAUSE I DON'T SEE HOW THE COURT

10:49AM 19   COULD HAVE THE TIME IN THAT WINDOW, BUT--BUT POSSIBLY, YOU

10:49AM 20   KNOW, WE COULD MOVE THE TRIAL DATE A SMALL AMOUNT AND--SUCH

10:49AM 21   THAT THE COURT WOULD HAVE THE TIME THAT IT NEEDS TO REVIEW

10:49AM 22   THESE GATEKEEPER MOTIONS.

10:49AM 23           MR. KENDALL:  JOE KENDALL.  MAY I BE HEARD, YOUR

10:49AM 24   HONOR?

10:49AM 25           THE COURT:  YES.

10:49AM 1           MR. KENDALL:  IT'S GONNA TAKE YOU ABOUT AS LONG AS

10:49AM 2  IT TAKES TO READ WHAT WE SUBMIT.  IT'S JUST THAT--MR. SIEBMAN

10:49AM 3  IS TRYING TO MAKE SOMETHING REAL COMPLEX AND MYSTERIOUS ABOUT

10:50AM 4  THIS.  AND IT IS A ROUTINE DAUBERT RULING ON A GUY WHO IS A--

10:50AM 5  THIS WON'T BE THE FIRST TIME HE'S TESTIFIED.  LET ME JUST LEAVE

10:50AM 6  IT AT THAT.

10:50AM 7           THE COURT:  ARE YOU TALKING ABOUT WALTER BRADDOCK?

10:50AM 8           MR. KENDALL:  YES, SIR.  AND SO TO SUGGEST THAT THIS

10:50AM 9  IS SOMETHING THAT'S GONNA REQUIRE TWO OR THREE WEEKS OF YOU

10:50AM 10 GOING INTO A CAVE SOMEWHERE OR GOING UP ON A MOUNTAINTOP AND

10:50AM 11 MEDITATING IS, IN OUR VIEW, NOT ACCURATE.  AND ONCE AGAIN IT

10:50AM 12 COMES BACK TO WHAT I SAID WHAT, 45 MINUTES AGO NOW.  THE REAL

10:50AM 13 DEAL IS THEY WANT TO DO ANYTHING OTHER THAN TRY THIS CASE ON

10:50AM 14 JANUARY 20TH.  AND WE ARE AMENABLE TO CHANGING AND ALTERING

10:50AM 15 AGREED DATES AS RECENTLY AS TWO OR THREE WEEKS AGO, ON NOVEMBER

10:50AM 16 4, TO ACCOMMODATE THEM IN ANY AND EVERY WAY POSSIBLE AS LONG

10:50AM 17 AS WE PUT AN END TO THIS THING ON JANUARY 20TH ONE WAY OR THE

10:50AM 18 OTHER.

10:50AM 19          MR. SIEBMAN:  YOUR HONOR, THAT MAY SOLVE THE PROBLEM.

10:50AM 20 IF THE COURT GETS THOSE MOTIONS AND THEY'RE THAT EASY TO RESOLVE

10:51AM 21 AND THE COURT RESOLVES THEM THAT QUICKLY, THEN I THINK IT CAN

10:51AM 22 BE DONE WITHIN THAT WINDOW.  BUT THE THING I WANT TO MAKE SURE

10:51AM 23 WE RESERVE ON IS IF THE COURT GETS THOSE MOTIONS AND THEY ARE

10:51AM 24 AS SUBSTANTIVE AS I THINK THEY'RE GOING TO BE, THEN I THINK THE

10:51AM 25 COURT IS GONNA NEED MORE TIME.  AND UNFORTUNATELY--

10:51AM  1        THE COURT:  I GUESS I WON'T KNOW UNTIL I SEE THEM.

10:51AM  2        MR. SIEBMAN:  YOU WON'T KNOW UNTIL YOU KNOW.  I

10:51AM  3  SIMPLY WANT TO URGE THE COURT TO KEEP ITS--KEEP ITS OPTIONS

10:51AM  4  OPEN IN TERMS OF THAT TRIAL DATE, BECAUSE IT'S EXTREMELY

10:51AM  5  IMPORTANT TO THE DEFENDANTS AND OUR ABILITY TO GET A FAIR TRIAL

10:51AM  6  FOR THE COURT TO FULFILL THE ROLE OF GATEKEEPER ON THAT DAMAGE

10:51AM  7  MODEL.

10:51AM  8        THE COURT:  OKAY.  ALL RIGHT.

10:51AM  9        I'LL RESET THE FINAL PRETRIAL ORDER FOR 10 BUSINESS

10:51AM 10  DAYS AFTER MY MARKMAN RULING AND RULING ON THE PRELIMINARY

10:51AM 11  INFRINGEMENT CONTENTION--OR PATENT-INFRINGEMENT CONTENTION, AND

10:51AM 12  THEN EXTEND THE RESPONSE DATE FOR THE MOTIONS THAT ARE TO BE

10:52AM 13  RESPONDED TO BY TODAY, EXTEND THAT FOR ONE WEEK.

10:52AM 14        AND, LET'S SEE, AS FAR AS THURSDAY, IS THERE ANY

10:52AM 15  NEED FOR YOU TO COME ON THURSDAY?

10:52AM 16        MR. KENDALL:  JOE KENDALL, YOUR HONOR.  WE DON'T SEE

10:52AM 17  THAT THERE'S ANY NEED WHATSOEVER, GIVEN WHAT WE'VE TALKED ABOUT

10:52AM 18  HERE TODAY, FOR US TO DO ANYTHING THURSDAY.

10:52AM 19        THE COURT:  OKAY.

10:52AM 20        MR. SIEBMAN?

10:52AM 21        MR. SIEBMAN:  I TEND TO AGREE WITH THAT.  DOES

10:52AM 22  ANYBODY ON MY SIDE DISAGREE WITH THAT?

10:52AM 23        VOICE:  NO, THAT'S FINE, THAT'S FINE.

10:52AM 24        THE COURT:  OKAY.  ALL RIGHT.  DO YOU WANT ME TO

10:52AM 25  RESET THURSDAY'S HEARING TO ANOTHER DATE?  OR JUST GO WITH IT

10:52AM  1    THE WAY WE ARE RIGHT NOW?

10:52AM  2              MR. SIEBMAN:  I THINK WE CAN GO WITH IT AS IT IS

10:52AM  3    NOW.  OBVIOUSLY WE WOULD NEED A HEARING AFTER THE FINAL

10:52AM  4    PRETRIAL ORDER IS FILED.  BUT THE APPROPRIATE TIME TO SCHEDULE

10:52AM  5    THAT MIGHT BE AFTER IT'S FILED.

10:52AM  6              THE COURT:  OKAY.  ALL RIGHT.  I'LL MAKE THOSE TWO

10:53AM  7    CHANGES IN A SHORT ORDER THAT I'LL SEND OUT TO YOU RIGHT AFTER

10:53AM  8    WE HANG UP.  I JUST DON'T WANT TO HANG UP UNTIL I'M SURE THAT

10:53AM  9    WE'VE COVERED EVERYTHING.

10:53AM 10              MR. STEINBERG:  THERE IS ONE OTHER ISSUE, YOUR HONOR.

10:53AM 11    THIS IS BOB STEINBERG.  I JUST WANT TO THROW THIS OUT.  WE

10:53AM 12    DON'T HAVE TO DECIDE THIS NOW, I JUST WANT TO POINT IT OUT.

10:53AM 13    ONCE YOUR MARKMAN RULING COMES DOWN, THE CLAIMS CONSTRUCTION,

10:53AM 14    BOTH PARTIES WILL WANT TO SUPPLEMENT THEIR EXPERT REPORTS

10:53AM 15    PROBABLY TO ADDRESS THOSE CONSTRUCTIONS.  AND AT THAT TIME--

10:53AM 16    OBVIOUSLY WE DON'T KNOW WHAT THEY'RE GONNA SAY AT THIS POINT.

10:53AM 17    YOU KNOW, THERE MAY BE SOME ADDITIONAL DISCOVERY NECESSARY WITH

10:53AM 18    REGARD TO THOSE REPORTS.  I JUST WANT TO POINT THAT OUT AND

10:53AM 19    LEAVE IT AT THAT.  IT MAY EVEN REQUIRE SOME ADJUSTMENT ON THE

10:53AM 20    SCHEDULE OTHERWISE.

10:53AM 21              THE COURT:  OKAY.  I'M JUST MAKING A NOTE OF WHAT

10:53AM 22    YOU JUST SAID.

10:53AM 23              MR. STEINBERG:  YOUR HONOR, NORMALLY WE WOULD HAVE--

10:53AM 24    YOU KNOW, BOTH PARTIES WOULD HAVE THE OPPORTUNITY TO ADDRESS

10:53AM 25    THEIR CONTENTIONS VIS-A-VIS THEIR EXPERTS AND KNOW WHAT THEY

10:54AM 1  ARE FOR BOTH PARTIES.

10:54AM 2          MR. SIEBMAN:  THE PATENT RULES THEMSELVES PROVIDE A

10:54AM 3  NUMBER OF DAYS FOR EACH PARTY TO SUPPLEMENT ON THE PATENT SIDE

10:54AM 4  WITH RESPECT TO THINGS THAT NEED TO BE SUPPLEMENTED IN THE

10:54AM 5  CONTEXT OF THE CONSTRUCTION.  AND I DON'T HAVE THE RULES IN

10:54AM 6  FRONT OF ME, I DON'T REMEMBER IF IT'S 30 DAYS OR WHAT THE

10:54AM 7  NUMBER OF DAYS ARE, BUT THE PATENT RULES THEMSELVES CONTEMPLATE

10:54AM 8  CERTAIN SUPPLEMENTATION AFTER THE MARKMAN IS HANDED DOWN.

10:54AM 9          THE COURT:  OKAY.

10:54AM 10         MR. KENDALL:  YOUR HONOR, JOE KENDALL.  ONE LAST

10:54AM 11 THING.

10:54AM 12         THE COURT:  YES.

10:54AM 13         MR. KENDALL:  WOULD YOU CONSIDER MY SUGGESTION

10:54AM 14 EARLIER THAT YOU ORDER US IN EARLY JANUARY TO GO BACK TO

10:54AM 15 JUDGE FAULKNER?

10:54AM 16         THE COURT:  SURE.  YEAH.  HOW DO YOU FEEL ABOUT

10:54AM 17 THAT, MR. SIEBMAN?

10:54AM 18         MR. SIEBMAN:  I DON'T THINK WE EVER HAVE AN

10:54AM 19 OBJECTION TO THAT, DO WE?  IS THERE ANYBODY ON OUR SIDE THAT--

10:54AM 20 WE'VE BEEN TWICE.  AND SO I WONDER:  UNTIL WE HAVE A MARKMAN

10:55AM 21 RULING, DOES IT REALLY MAKE ANY SENSE TO GO BACK FOR A THIRD

10:55AM 22 TIME?

10:55AM 23         THE COURT:  OKAY.

10:55AM 24         MR. KENDALL:  I DON'T DISAGREE WITH THAT, YOUR HONOR.

10:55AM 25 THE ONLY THING I'M THINKING IS SOMETIME IN EARLY JANUARY, AND

10:55AM  1   AS BUSY AS JUDGE FAULKNER IS, IF WE'RE GONNA DO IT, WE NEED TO

10:55AM  2   GET ON HIS SCHEDULE NOW.  AND I'M THINKING SOMETIME MAYBE THE

10:55AM  3   WEEK OF THE 5TH.  IT WOULD BE WORTH OUR TIME AND, IF SUCCESSFUL,

10:55AM  4   CERTAINLY WORTH THE COURT'S TIME FOR US TO ENGAGE IN THAT

10:55AM  5   EXERCISE.

10:55AM  6            THE COURT:  OKAY.  SO DO YOU WANT ME TO PUT THAT IN

10:55AM  7   MY ORDER THAT I'M GOING TO SEND OUT TO YOU TODAY, TO CONTACT

10:55AM  8   JUDGE FAULKNER AND RESUME MEDIATION SAY NO LATER THAN JANUARY

10:55AM  9   9TH?

10:55AM 10            MR. KENDALL:  YES, YOUR HONOR, PLAINTIFFS WOULD.

10:55AM 11            THE COURT:  HOW DO YOU FEEL ABOUT THAT, MR. SIEBMAN?

10:55AM 12   AND THAT'S ASSUMING, OF COURSE, YOU HAVE RULINGS FROM ME ON--ON

10:56AM 13   THE MARKMAN ISSUES.

10:56AM 14            MR. KENDALL:  YES, SIR.

10:56AM 15            MR. SIEBMAN:  RIGHT.  DOES ANYONE ELSE WANT TO SPEAK

10:56AM 16   TO THAT?

10:56AM 17            MR. COLLINS:  THIS IS MIKE COLLINS.  I THINK THAT'S

10:56AM 18   FINE.  WE'LL CERTAINLY TRY TO WORK WITH THAT, ABSOLUTELY.  IF

10:56AM 19   THE COURT DOESN'T HAVE TIME FOR THE MARKMAN RULINGS, WE CAN

10:56AM 20   ALWAYS ASK THE COURT TO ADJUST THAT.

10:56AM 21            THE COURT:  OKAY.  WELL, THANK YOU VERY MUCH.  I

10:56AM 22   WILL SEND OUT AN ORDER ON WHAT WE'VE TALKED ABOUT HERE, THE

10:56AM 23   THREE THINGS.  AND I PROMISE YOU I WILL TRY TO GET YOU RULINGS

10:56AM 24   AS SOON AS POSSIBLE ON THE MARKMAN ISSUE AND THE PATENT-

10:56AM 25   INFRINGEMENT CONTENTIONS AS WELL AS THERE'S A COUPLE OF OTHER

10:56AM  1   MOTIONS HERE THAT ARE RIPE.  THERE ARE, I THINK, ABOUT THREE

10:56AM  2   MORE.  I'LL HAVE TO GO BACK AND LOOK AT THIS MOTION FOR SUMMARY

10:56AM  3   JUDGMENT THAT'S BEEN REPLACED AND SEE--AND YOU ARE GOING TO

10:56AM  4   SEND ME SOMETHING TOMORROW, MR. SIEBMAN, RIGHT?

10:57AM  5            MR. SIEBMAN:  YES, YOUR HONOR.  WE'LL SEND YOU A

10:57AM  6   LIST OF WHAT WE BELIEVE ARE THE PENDING MOTIONS.

10:57AM  7            THE COURT:  OKAY.  WITH A COPY TO PLAINTIFF'S

10:57AM  8   COUNSEL?

10:57AM  9            MR. SIEBMAN:  ABSOLUTELY.

10:57AM 10            THE COURT:  OKAY.

10:57AM 11            MR. GARNER:  YOUR HONOR, ROBERT GARNER.  IF I CAN

10:57AM 12   JUST RECAP, I THINK YOU SAID THREE THINGS AND I JUST WANT TO

10:57AM 13   MAKE SURE.  THE ITEMS IN THE ORDER WILL BE THE PRETRIAL ORDER

10:57AM 14   RESETTING--

10:57AM 15            THE COURT:  RIGHT.

10:57AM 16            MR. GARNER:  --THE ONE-WEEK EXTENSION ON TODAY'S

10:57AM 17   RESPONSES--

10:57AM 18            THE COURT:  YES.

10:57AM 19            MR. GARNER:  --THE POSTPONEMENT OF THE THURSDAY

10:57AM 20   HEARING, AND THE MEDIATION.

10:57AM 21            THE COURT:  YES.  YEAH, I GUESS FOUR THINGS, YEAH.

10:57AM 22            MR. GARNER:  THANK YOU VERY MUCH.

10:57AM 23            THE COURT:  OKAY.

10:57AM 24            MR. SIEBMAN:  WE APPRECIATE YOUR TIME, YOUR HONOR.

10:57AM 25   WE KNOW WITH YOUR DOCKET THAT IT'S EXTREMELY CROWDED FOR YOU

**39**

| | | |
|---|---|---|
| 10:57AM | 1 | AND YOUR LAW CLERKS. |
| 10:57AM | 2 | THE COURT:  WELL, THANK YOU.  THANKS FOR SAYING |
| 10:57AM | 3 | THAT. |
| 10:57AM | 4 | OKAY.  I GUESS THAT'S IT THEN.  AND I'LL HANG UP |
| 10:57AM | 5 | AT THIS TIME.  THANK YOU VERY MUCH FOR BEING AVAILABLE. |
| 10:57AM | 6 | MR. KENDALL:  THANK YOU, YOUR HONOR. |
| 10:57AM | 7 | MR. SIEBMAN:  THANK YOU, YOUR HONOR. |
| 10:57AM | 8 | THE COURT:  OKAY.  BYE-BYE. |
| 10:58AM | 9 | MR. SIEBMAN:  BYE-BYE. |

10        ---------

11        COURT REPORTER'S CERTIFICATE

12

13    I CERTIFY THAT THESE 39 PAGES CONTAIN A CORRECT TRANSCRIPT

14  FROM THE RECORD OF PROCEEDINGS.

15    DECEMBER 11, 2008.

16

18          JERRY KELLEY, CRR

19          OFFICIAL COURT REPORTER

20          U.S. COURTHOUSE

21          7940 PRESTON ROAD

22          PLANO, TEXAS 75024

23          214-872-4829

24

25        --------