# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| RAYTHEON COMPANY, a Delaware corporation, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 4:07-CV-109 |
| INDIGO SYSTEMS CORPORATION, a California corporation, and FLIR SYSTEMS, INCORPORATED, an Oregon corporation, | § § § § § | |
| Defendants. | § § | |

## ORDER DENYING PLAINTIFF'S SEALED MOTION FOR RECONSIDERATION OF AUGUST 31, 2009 SUMMARY JUDGMENT ORDER

Pending before the court is the "Plaintiff's Motion for Reconsideration of August 31, 2009 Summary Judgment Order" (docket entry #466) filed on September 8, 2009 under seal. Having considered the Plaintiff's arguments, the court finds that the Plaintiff's motion for reconsideration should be denied. Based on the holding in *Seatrax, Inc. v. Sonbeck Int'l, Inc.*, 200 F.3d 358 (5th Cir. 2000), the court concludes that it did not commit any manifest errors of law or fact. As in *Seatrax*, Raytheon's arguments lose force when viewed in light of the totality of the summary judgment evidence. *Seatrax*, 200 F.3d at 367. "'Suspicions should abound when a competitor markets a product similar to that previously developed by a former employer after one of the former employer's employees begins work for the competitor.'" *Id.* at 366, quoting *Computer Associates Intern. v. Altai*, 918 S.W.2d 453, 457 (Tex. 1996). Accordingly, "Plaintiff's Motion for Reconsideration of August 31, 2009 Summary Judgment Order" (docket entry #466) is hereby **DENIED**.

**SIGNED this the 11th day of September, 2009.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE