IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RAYTHEON COMPANY, a Delaware corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>INDIGO SYSTEMS CORPORATION, a California corporation, and FLIR SYSTEMS, INC., an Oregon corporation,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No. 4:07 CV 109 |

### ORDER GRANTING DEFENDANTS' UNOPPOSED
### MOTION TO EXTEND PAGE LIMIT BY THREE PAGES

  Before the Court is Defendants' Unopposed Motion To Extend Page Limit By Three Pages (the "Motion"). Plaintiff does not oppose the relief requested. Having considered the Motion, the Court finds that the Motion should be GRANTED. Accordingly, it is hereby,

  ORDERED that Defendants' Response To Plaintiff's Motion To Exclude The Supplemental Report Of Daniel J. Sottje And Related Testimony And Documents As A Discovery Sanction Under FRCP 37 shall not exceed 18 pages, exclusive of signature lines and certificates of service and compliance with protective order.