IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RAYTHEON COMPANY, a Delaware corporation,<br><br>                 Plaintiff,<br><br>  vs.<br><br>INDIGO SYSTEMS CORPORATION, a California corporation, and FLIR SYSTEMS, INC., an Oregon corporation,<br><br>                 Defendants. | No. 4:07 CV 109 |
| AND RELATED COUNTERCLAIMS. | |

**JOINT MOTION FOR DISMISSAL OF THE PATENT CLAIMS WITH PREJUDICE**

Comes now Plaintiff Raytheon Company and Defendants Indigo Systems Corporation and FLIR Systems, Inc. (collectively the "Parties") who, having entered into a Patent Claims Settlement Agreement and Mutual Release, jointly move this Honorable Court for an Order dismissing with prejudice (i) Counts II through IV of Plaintiff's Second Amended Complaint and (ii) Counterclaims I through IV of Defendants' Counterclaims to Plaintiff's Second Amended Complaint.

WHEREFORE the Parties respectfully request that the Court grant this Motion and enter an Order dismissing with prejudice the above-referenced claims.  All other claims having been previously withdrawn or adjudicated, the Parties further request that the Court direct the entry of final judgment in this matter.

Dated: November 12, 2010 Respectfully submitted,

/s/ Martin E. Rose

Martin E. Rose - Lead Attorney
Texas State Bar No. 17253100
Ross Cunningham
Texas State Bar No. 24007062
**ROSE•WALKER, L.L.P.**
3500 Maple Ave., Suite 900
Dallas, TX 75219
Telephone: (214) 752-8600
Facsimile: (214) 752-8700
mrose@rosewalker.com
rcunningham@rosewalker.com

Joe Kendall
Texas State Bar No. 11260700
**THE KENDALL LAW GROUP**
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: (214) 744-3000
Facsimile: (214) 744-3015

Russell Wong
Texas State Bar No. 21884235
J. David Cabello
Texas State Bar No. 03574500
Keith A. Rutherford
State Bar No. 17452000
Scott Reese
Texas State Bar No. 24046696
**WONG, CABELLO, LUTSCH, RUTHERFORD & BRUCCULERI L.L.P.**
20333 S.H. 249, Suite 600
Houston, Texas 77070
Telephone: (832) 446-2425
Facsimile: (832) 446-2424
rwong@counselip.com
dcabello@counselip.com
krutherford@counselip.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Clyde M. Siebman

**SIEBMAN, REYNOLDS, BURG & PHILLIPS, L.L.P.**

State Bar No.18341600
300 N. Travis
Sherman, Texas 75090
Telephone:  (903) 870-0070
Facsimile:  (903) 870-0066
siebman@siebman.com

**BICKEL & BREWER**
William A. Brewer III
State Bar No. 02967035
James S. Renard
State Bar. No. 16768500
Michael J. Collins
State Bar No. 00785493
1717 Main Street, Suite 4800
Dallas, Texas 75201
Telephone:  (214) 653-4000
Facsimile:  (214) 653-1015
wab@bickelbrewer.com
jsr@bickelbrewer.com
mjc@bickelbrewer.com

Robert L. Garner
767 Fifth Avenue, 50th Floor
New York, New York 10153
Telephone:  (212) 489-1400
Facsimile:  (212) 489-2384
rxg@bickelbrewer.com

**LATHAM & WATKINS LLP**
Robert Steinberg (Admitted *Pro Hac Vice*)
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
robert.steinberg@lw.com

**ATTORNEYS FOR DEFENDANTS**

CERTIFICATE OF SERVICE

The undersigned certifies that on this 12th day of November 2010, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Courts CM/ECF system under Local Rule CV-5(a)(3).

/s/ Clyde M. Siebman

Clyde M. Siebman