IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RAYTHEON COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INDIGO SYSTEMS CORPORATION, a California corporation, and FLIR SYSTEMS, INC., an Oregon corporation,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No. 4:07 CV 109 |

**ORDER GRANTING JOINT MOTION FOR
DISMISSAL OF THE PATENT CLAIMS WITH PREJUDICE**

Before the court is the parties' Joint Motion For Dismissal Of The Patent Claims With Prejudice, requesting that the court dismiss with prejudice (i) Counts II through IV of Plaintiff's Second Amended Complaint and (ii) Counterclaims I through IV of Defendants' Counterclaims to Plaintiff's Second Amended Complaint.

Having considered the Joint Motion For Dismissal Of The Patent Claims With Prejudice, the court finds that the Motion [de #574] should be, and hereby is, GRANTED.

Accordingly, it is hereby ORDERED that Counts II through IV of Plaintiff's Second Amended Complaint are dismissed with prejudice.

It is FURTHER ORDERED that Counterclaims I through IV of Defendants' Counterclaims to Plaintiff's Second Amended Complaint are dismissed with prejudice.

It is FURTHER ORDERED that final judgment shall be entered as to all claims hereby and previously adjudicated.

**SIGNED this the 7th day of January, 2011.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE