**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| RAYTHEON COMPANY, a Delaware corporation, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 4:07-CV-109 |
| INDIGO SYSTEMS CORPORATION, a California corporation, and FLIR SYSTEMS, INCORPORATED, an Oregon corporation, | § § § § § | |
| Defendants. | § § | |

**FINAL JUDGMENT**

This final judgment is entered pursuant to FED. R. CIV. P. 58 and the court's "Memorandum Opinion and Order Granting Defendants' Motion for Summary Judgment on Plaintiff's Trade Secret Misappropriation, Tortious Interference, Unfair Competition and Fraudulent Concealment Claims and Denying Plaintiff's Motion for Partial Summary Judgment Addressing Fraudulent Concealment and Statute of Limitations," signed on August 31, 2009 and "Order Granting Joint Motion for Dismissal of the Patent Claims with Prejudice," signed on January 7, 2011.  In accordance with the rulings set forth in the above-referenced orders, it is hereby

**ORDERED** that the Plaintiff's case and the Defendants' counterclaims are **DISMISSED WITH PREJUDICE**.  Costs of court shall be borne by the party incurring the same.  It is finally **ORDERED** that any relief not specifically granted is denied.

**SIGNED this the 7th day of January, 2011.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE