IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RAYTHEON COMPANY, a Delaware corporation | § § § § | |
| Plaintiff, | § § | |
| v. | § | Cause No. 4:07-cv-109 |
| INDIGO SYSTEMS CORPORATION, a California corporation, and FLIR SYSTEMS INCORPORATED, an Oregon corporation, | § § § § § § § | |
| Defendants. | § | |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW

On this day came to be considered Plaintiff's Unopposed Motion to Withdraw Joe Kendall and the Kendall Law Group, LLP as co-counsel of record for Plaintiff. The court, having considered the Motion [de #630], is of the opinion it should be GRANTED.

It is therefore ORDERED that Joe Kendall and the Kendall Law Group, LLP are terminated as counsel of record for Plaintiff Raytheon Company in this matter.

**SIGNED this the 6th day of September, 2013.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE